UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

GBSM SERVICE AND MANAGEMENT,                    CIVIL ACTION NO.
LLC and BLUDWORTH MARINE LLC

VERSUS

RCM 245, her tackle, furniture, apparel,              DISTRICT JUDGE
appurtenances, etc., *in rem*; TUG
REBEKAH ROSE, her tackle, furniture,              MAGISTRATE JUDGE
apparel, appurtenances, etc., *in rem*; and
ROSE CAY MARITIME, LLC *in
personam*

## VERIFIED COMPLAINT

The Verified Complaint of plaintiffs, GBSM Service and Management, LLC ("GBSM") and Bludworth Marine, LLC ("Bludworth") ("collectively Plaintiffs") the Tug Rebekah Rose, her engines, tackle, and appurtenances, *in rem*, and against the RCM 245, her engines, tackle, and appurtenances, *in rem,* and against Rose Cay Maritime, LLC, ("RCM") in *personam* in causes of breach of maritime contract and foreclosure of maritime liens, respectfully represent as follows:

**Jurisdiction**

1.

This is an admiralty and maritime claim within the meaning of 28 U.S.C. §1333, Rule 9 (h) of the Federal Rules of Civil Procedure, and the Federal Maritime Lien Act, 46 U.S.C. §31301, *et seq.*

**Parties**

2.

Plaintiff, GBSM, is a limited liability company organized and existing under the laws of the State of Texas. Its principal place of business is in Houston, Harris County, Texas. GBSM owns and operates a very specialized business within this District regarding, in part, removal of fuels and product from barges such as the RCM 245, and GBSM furnished pre-arrest necessaries to the vessels within this District.

3.

Plaintiff, Bludworth, is a limited liability company organized and existing under the laws of the State of Texas. Its principal place of business is in Houston, Harris County, Texas. Bludworth owns and operates a shipyard engaged in vessel repair and new ship construction. Bludworth furnished pre-arrest necessaries to the vessels within this District.

4.

Defendant, RCM, is a limited liability company organized and existing under the laws of the State of Delaware. Its principal place of business is in Miami, Florida. At all pertinent times on information and belief, RCM was the owner and/or *pro hac vice* and operator of the Tug Rebekah Rose and the RCM 245.

5.

Tug Rebekah Rose is a 143.60 foot long, 44 foot wide and 23.80-foot-deep towing vessel. She was built in 1997, has IMO No. 9170688, and she is now or will be during this action within this District and the jurisdiction of this Court.

6.

2

RCM 245 is a 554.8 foot long, 93.20 feet wide, and 45.80 feet deep tank barge built in 1997. She is registered in the United States bearing primary vessel number 1050073, and she is now or will be during this action within this District and the jurisdiction of this Court.

**Facts**

7.

At the request of RCM and/or the owner or charterer of the RCM 245 or its authorized agent and/or the Tug Rebekah Rose or its authorized agent, Plaintiffs provided necessaries (shackles, rigging, fueling and related services) to the Tug Rebekah Rose and the RCM 245 during the period of January 2023 through March 2023. Copies of Plaintiffs' invoices, in the total principal amount of **USD1,007,164.01**, are attached and incorporated as Exhibits A and B. Specifically GBSM provided services from January 9, 2023, through February 9, 2023, to both vessels. Exhibit A, GBSM's invoices, total **USD421,586.03**.  Bludworth provided services to both vessels during all three months (January, February & March). Exhibit B, Bludworth's invoices, total **USD585,567.98.**

8.

The pre-arrest goods and services provided by Plaintiffs to the RCM 245 and Tug Rebekah Rose were necessary for the operations of the vessels in their ordinary trade and have a fair market value in the total principal amount of between USD30,000,000.00 and USD45,000,000.00 (exclusive of interest, costs, and attorney's fees), none of which has been paid despite amicable demand.

9.

As shown by the attached Verifying Affidavit, the foregoing allegations are true and correct and within the admiralty jurisdiction of this Court.

10.

Pursuant to the general maritime law and the Federal Maritime Lien Act, Plaintiffs have two or more maritime liens against the RCM 245 and the Tug Rebekah Rose totaling **USD1,007,164.01**, plus pre-judgment and post-judgment interest, costs, attorney's fees, and collection expenses.

11.

RCM has failed to make the payments to Plaintiffs and is liable to Plaintiffs for the aforesaid sums and is further liable to Plaintiffs for any deficiency of its indebtedness to Plaintiffs following the sale of the RCM 245 and Tug Rebekah Rose, their engines, tackle, and apparel.

12.

Pursuant to the provisions of the Federal Maritime Lien Act, Plaintiffs are entitled to have this Court recognize its liens against the RCM 245 and Tug Rebekah Rose and are entitled additionally to judgment against the vessels in the full amount of its claims, plus interest, costs, and attorney's fees.

13.

As a result of RCM's refusal to pay Plaintiffs the sums owed as aforementioned, Plaintiffs are entitled to judgment against RCM in the amount of its claims, plus attorney's fees, interest and costs; Plaintiffs are  further entitled to judgment recognizing its liens, plus attorney's fees, interest and costs, upon the RCM 245 , her engines, tackle and apparel, and the Tug Rebekah Rose, her engines, tackle and apparel, and to have such

vessels seized and sold by the United States Marshal or other person authorized by the Court to satisfy these claims and said liens asserted herein by Plaintiffs.  Plaintiffs further aver that they are entitled to the first monies received from said seizure and sale following satisfaction of the expenses of the legal administration of the vessels while *in custodia legis*.

WHEREFORE, Plaintiffs, GBSM Service and Management, LLC and Bludworth Marine, LLC pray that citation be issued and served upon defendant, Rose Cay Maritime, LLC, in the form and manner prescribed by law and that, after due proceedings are had, judgment be entered against Rose Cay Maritime, LLC, and in favor of Plaintiffs in the sum of $**1,007,164.01**, plus interest, costs and attorney's fees.


Plaintiffs further pray that the RCM 245, her engines, tackle, and apparel, be seized, condemned and sold to pay such sums, and that the Tug Rebekah Rose, her engines, tackle and apparel, be seized, condemned and sold to pay such sums, and for such other general and equitable relief as this Honorable Court deems proper.


Respectfully submitted:

*/s/ Robert J. Killeen Jr.*
Robert J. Killeen, Jr.
Texas Bar No. 11407000
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Telephone: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

*Attorneys for Plaintiffs.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  None.

*/s/ Robert J. Killeen Jr*