UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC | CIVIL ACTION NO. |
| VERSUS | |
| | DISTRICT JUDGE |
| RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE CAY MARITIME, LLC *in personam* | MAGISTRATE JUDGE |

## MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST

NOW INTO COURT, through undersigned counsel, come Plaintiffs, GBSM Service and Management, LLC and Bludworth Marine, LLC, who hereby request that this Honorable Court review its Verified Complaint and supporting papers filed herein, and authorize the issuance of a warrant by the Clerk of the United States District Court for the Southern District of Texas to arrest the vessels: the Tug Rebekah Rose, IMO Number 9170688, her tackle, apparel, boilers, equipment, and appurtenances, etc., *in rem*, and the RCM 245, Official United States Number. 1050073, her tackle, apparel, boilers, equipment, and appurtenances, etc., *in rem*, both currently located at the Houston Valero Refinery, 9701 Manchester, located on the Houston Ship Channel as soon as practicable, and to detain the same in custody until further order of this Court.

Respectfully submitted:

***/s/ Robert J. Killeen Jr.***
Robert J. Killeen, Jr.
Texas Bar No. 11407000
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Telephone: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

*Attorneys for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants: None.

***/s/ Robert J. Killeen Jr.***