UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

GBSM SERVICE AND MANAGEMENT,
LLC and BLUDWORTH MARINE LLC

CIVIL ACTION NO.

VERSUS

RCM 245, her tackle, furniture, apparel,
appurtenances, etc., *in rem*; TUG
REBEKAH ROSE, her tackle, furniture,
apparel, appurtenances, etc., *in rem*; and
ROSE CAY MARITIME, LLC *in
personam*

DISTRICT JUDGE

MAGISTRATE JUDGE

## ORDER

IT IS ORDERED that the Clerk issue a Warrant of Arrest and such ancillary papers as are necessary to accomplish the arrest of the Tug Rebekah Rose, IMO Number 9170688, and the RCM 245, bearing primary vessel number 1050073, currently located in the jurisdiction of this Court at the Houston Valero Refinery, 9701 Manchester, located on the Houston Ship Channel.

IT IS FURTHER ORDERED that GBSM Service and Management, LLC and Bludworth Marine, LLC. shall hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the arrest or attachment of the Vessels or the movement of the Vessels while under arrest.

Houston, Texas, this _____ day of May 2023.

_____
UNITED STATES DISTRICT COURT JUDGE