| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GBSM SERVICE AND MANAGEMENT, § 
LLC and BLUDWORTH MARINE LLC, §
§
      Plaintiffs, §
§
versus §   CIVIL ACTION NO. 1:23-CV-190
§
RCM 245, her tackle, furniture, apparel, §
appurtenances, etc., *in rem*; TUG §
REBEKAH ROSE, her tackle, furniture, §
apparel, appurtenances, etc., *in rem*; and §
ROSE CAY MARITIME, LLC, *in personam*, §
§
      Defendants. §

## ORDER OF REFERENCE

Plaintiffs' Motion for Issuance of Warrant *in rem* (#4) is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for hearing, consideration, and a determination. *See* 28 U.S.C. § 636; E.D. TEX. CIV. R. 72.

SIGNED at Beaumont, Texas, this 16th day of May, 2023.

                              MARCIA A. CRONE
                              UNITED STATES DISTRICT JUDGE