IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT LLC and BLUDSWORTH MARINE LLC,<br><br>　　Plaintiffs,<br>v.<br><br>ROSE CAY MARITIME, LCC, *in personam*, RCM 245, *her tackle, furniture, apparel, appurtenances, etc. in rem*, TUG REBEKAH ROSE, *her tackle furniture, apparel, appurtenances, etc. in rem*,<br><br>　　Defendants. | No. 1:23-CV-00190-MAC |

## AMENDED ORDER FOR ISSUANCE OF WARRANT

## OF MARITIME ARREST, IN REM

This case is assigned to the Honorable Marcia A. Crone, United States District Judge. On May 16, 2023, Judge Crone referred Plaintiffs GBSM Service and Management, LLC and Bludsworth Marine LLC's (hereinafter, "Plaintiffs") pending *Motion Order Authorizing Issuance of Warrant of Arrest* (Doc. No. 4) to the undersigned United States Magistrate Judge for consideration and disposition.  Doc. No. 5.

Upon reviewing the *Verified Complaint* (Doc. No. 1) and Plaintiffs' *Motion Order Authorizing Issuance of Warrant of Arrest* (Doc. No. 4), and the court finding that the conditions for an action under Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims contained in the Federal Rules of Civil Procedure appear to exist, it is:

**ORDERED** that the Clerk shall issue a Warrant of Arrest for the Tug Rebekah Rose, IMO No. 9170688, her tackle, apparel, boilers, equipment, and appurtenances, etc., and it is **ORDERED**

that the Clerk shall also issue a Warrant of Arrest for the RCM 245, Official United States Number1050073, her tackle, apparel, boilers, equipment, and appurtenances, etc., both currently located at the Enterprise Production, 3275 AMCO Road, Beaumont, Texas 77705, and it is further

**ORDERED** that any person claiming an interest in the property arrested pursuant to said order may, upon a showing of any improper practice or a manifest want of equity of the part of the Plaintiffs, be entitled to an order requiring the Plaintiffs to show cause why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that the persons in charge of the Tug Rebekah Rose and the RCM 245 or their agents refrain from breaking, dismantling, disposing of, selling, or wasting the Tug Rebekah Rose and the RCM 245, or any part of them, pending further order of this court or notification by the United States Marshal or special appointee, unless at the direction and with the consent of Plaintiffs; it is further

**ORDERED** that sufficient insurance be maintained for any possible damages which may arise during the course of this arrest, it is further

**ORDERED** that a copy of this order be attached and served with the said process of maritime arrest; it is further

**ORDERED** that the United States Marshal may use such force as is reasonably necessary to effectuate the execution of the Warrant hereby ordered to be issued; it is further

**ORDERED** that the United States Marshal or any substitute custodian may allow Tug Rebekah Rose and the RCM 245 to begin and continue cargo loading and stowage operations after the Warrant of Arrest is executed; and it is further

**ORDERED** that any person claiming an interest in the Vessel arrested pursuant to this Order be entitled to a prompt hearing at which the Port Authority shall be required to show why the arrest should not be vacated, it is further

**ORDERED** that the Tug Rebekah Rose or the RCM 245 may be released from seizure without further order of this court if the Marshal receives written authorization from the attorney who requested the seizure and if such attorney advises that he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent and the court has not entered an order to the contrary; and it is further

**ORDERED** that the United States Marshal is released of all liability and to be held harmless for any and all causes of action arising out from cargo operations, or out of the care, custody, and control of the Tug Rebekah Rose and the RCM 245.

SIGNED this 17th day of May, 2023.

_____
Zack Hawthorn
United States Magistrate Judge