IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC | § § § |
| VERSUS | § § CIVIL ACTION NO. 1:23cv190 |
| RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE CAY MARITIME, LLC *in personam* | § § § § § § § § § |

## WARRANT FOR ARREST IN ACTION IN REM

CIVIL ACTION NO. 1:23-CV-190

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF TEXAS, GREETINGS:

Whereas, a Verified Complaint has been filed in the United States District Court for the Eastern District of Texas, on May 16, 2023, by Plaintiffs GBSM Service and Management, LLC and Bludworth Marine LLC against the M/V TUG REBEKAH ROSE IMO No. 9170688, her apparel, equipment, engines, freights, tackle, appurtenances, etc., in rem, in a cause of damages, admiralty and maritime claim, for the reasons stated in said Verified Complaint, and praying for process of warrant for the arrest of said vessel and other property and that all other persons interest in the M/V TUG REBEKAH ROSE, her apparel, equipment, engines, freights, tackle, appurtenances, etc., *in rem*, and other property may be cited in general and special to answer the premises, and all proceedings being had, that the M/V TUG REBEKAH ROSE, her apparel, equipment, engines, freights, tackle, appurtenances, etc.; and any other party that may, for the causes in the same Verified Complaint, be condemned and sold to pay the demands of the Plaintiff GBSM Service and Management, LLC and Bludworth Marine LLC.

YOU ARE, THEREFORE, HEREBY COMMANDED to attach the M/V TUG REBEKAH ROSE, IMO No. 9170688 , her apparel, equipment, engines, freights, tackle, appurtenances, etc., and other property and to detain the same in your custody until further Order of the court respecting the same and to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of said Verified First Amended Complaint, that they must file their

claims with the Clerk of Court within thirty (30) days after the execution of this process or within such additional time as may be allowed by the court and must serve their answers within twenty-one (21) days after the filing of their claims, and that you promptly after execution of process file the same in this court with your return therein.

Witness the Honorable Zack Hawthorn, Judge of said court, and the seal thereof, at Beaumont, Texas, this 16th day of May 16, 2023.

 _Sherrie White_ _____ Deputy Clerk

NOTE: Claimant is required to file claim in the Clerk's Office and to answer or except to said Complaint within the times above fixed; otherwise, the Plaintiff on may enter an interlocutory or final judgment as may be proper.

This Warrant is issued pursuant to Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.