UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC AND BLUDWORTH MARINE LLC, | § § § | |
| Plaintiffs, | § | NO. 1:23-cv-00190-MAC |
| v. | § § | ADMIRALTY |
| M/V RCM 245, her tackle, furniture, Apparel, appurtenances, etc., *in rem*, *et al.* | § § § | |
| Defendants. | § | |

### RCM 245 LLC AND REBEKAH ROSE LLC'S UNOPPOSED MOTION FOR ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RCM 245 LLC and REBEKAH ROSE LLC[1], as Claimants of the M/V RCM 245 and TUG REBEKAH ROSE respectively, and files this Unopposed Motion for Order to Deposit Funds into the Registry of the Court pursuant to Supplemental Admiralty Rule E(5)(a) and would respectfully show as follows:

I.

On May 16, 2023, Plaintiffs GBSM Service and Management, LLC ("GBSM") and Bludworth Marine LLC ("Bludworth") (collectively "Plaintiffs) filed the instant lawsuit (Doc. 1) asserting maritime liens in the amount of $421,586.03 for GBSM and $585,567.98 for Bludworth, plus claims for interest and costs. *Id*. In connection with this action, Plaintiffs sought and obtained an Order for Maritime Arrest of Defendant Vessels RCM 245 and TUG REBEKAH ROSE (Doc.

---

[1] RCM 245 LLC and REBEKAH ROSE LLC make a restricted, limited appearance pursuant to the Federal Rules of Civil Procedure, Supplemental Admiralty Rule E(8) solely for purposes of this motion and for obtaining authority to deposit security into the registry of the Court, without waiving any defenses.

6, 7) and a warrant to seize was issued. Thereafter, the United States Marshal served the warrant to seize a vessels on or about May 17, 2023.

II.

RCM 245 LLC and REBEKAH ROSE LLC, as the registered owners of the M/V RCM 245 and TUG REBEKAH ROSE and while fully reserving all rights, claims and defenses, has agreed to deposit $1,250,000 as security to obtain the immediate release of the Vessels. Plaintiff has agreed to accept the deposit of $1,250,000 in the registry of the Court as security for the instant claim and to immediately release the Vessels from seizure.

III.

Plaintiff acknowledges that RCM 245 LLC and REBEKAH ROSE LLC will deposit the $1,250,000 as security only to obtain the immediate release of the Vessels with a full reservation of all rights, claims, and defenses available to the Vessels, *in rem,* and to the Claimant Owners.

IV.

Claimants RCM 245 LLC and REBEKAH ROSE LLC and Plaintiffs now request that this Honorable Court issue an Order directing that security in the amount of $1,250,000.00 be deposited into the Registry of the Court, and thereafter invested in an interest-bearing account and held as security only for the aforementioned alleged maritime liens, with a full reservation of all rights, claims, and defenses available to the M/V RCM 245 and TUG REBEKAH ROSE, *in rem* and to Claimants RCM 245 LLC and REBEKAH ROSE LLC, and to remain in the Registry of the Court until further Order from this Honorable Court.

V.

Additionally, Plaintiffs agree to refrain from arresting or attaching any other property belonging to the Owners and/or Operators and/or Managers and/or Agents of the M/V RCM 245

and TUG REBEKAH ROSE, in connection with the claim made the basis of the captioned matter, as long as the instant security in the amount of $1,250,000 (or some other amount as may be agreed or Ordered by the Court) remains deposited in the Registry of the Court.

VI.

WHEREFORE, PREMISES CONSIDERED, RCM 245 LLC and REBEKAH ROSE LLC respectfully request that the Court issue an Order directing that the amount of $1,250,000 be delivered and deposited into the Registry of the Court as security only, with a full reservation of all rights, claims, and defenses available to the Vessels, *in rem* and to Claimants RCM 245 LLC and REBEKAH ROSE LLC, and that such security remain in the Registry of the Court until further Order from this Honorable Court, and for such other further and different relief as may be just and proper.

Dated  May 17, 2023  
       Houston, Texas

Respectfully submitted,

CHALOS & CO, P.C.

By:   /s/ George M. Chalos  
      George M. Chalos, Esq.  
      State Bar No. 24077854  
      Federal Bar No. 623727  
      *gmc@chaloslaw.com*  
      Attorney-in-Charge  
      Briton P. Sparkman, Esq.  
      Federal ID No.: 1148116  
      *bsparkman@chaloslaw.com*  
      7210 Tickner Street  
      Houston, Texas 77055  
      Tel: (713) 574-9582  
      Fax: (866) 702-4577

      ATTORNEYS FOR DEFENDANTS  
      M/V RCM 245 and TUG REBEKAH ROSE

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiffs GBSM Service and Management, LLC and Bludworth Marine LLC and they are unopposed to the filing of this Motion and the relief requested.

/s/ *George M. Chalos*
George M. Chalos

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May 2023, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system which will provide notice to all counsel of record.

/s/ *George M. Chalos*
George M. Chalos