### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC,** § § § § | |
| Plaintiffs, § | NO. 1:23-cv-00190-MAC |
| v. § § | ADMIRALTY |
| **M/V RCM 245, her tackle, furniture, Apparel, appurtenances, etc.,** *in rem*, *et al.* § § § § | |
| Defendants. § | |

### ORDER GRANTING UNOPPOSED MOTION FOR ORDER
### TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Having considered the Unopposed Motion to Deposit Funds into the Registry of the Court of RCM 245 LLC and Rebekah Rose LLC. and being of the opinion that the same is in all respects well-founded and should be GRANTED; it is hereby

ORDERED that the amount of $1,250,000.00 be delivered and deposited into the Registry of the Court as security for an alleged maritime lien asserted by Plaintiffs GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC against the M/V RCM 245, *in rem*, and TUG REBEKAH ROSE, *in rem*, for the release of the M/V RCM 245 and TUG REBEKAH ROSE where it will remain as security for the claim made the basis of the above-captioned matter until and subject to further Order by this Court; and

IT IS FURTHER ORDERED that the funds shall be deposited by the Clerk of the Court in an account bearing interest; and

IT IS FURTHER ORDERED that the deposit of the $1,250,000.00 into the Registry of the Court as security for the release of the M/V RCM 245 and TUG REBEKAH ROSE is made subject

to a full reservation of all rights, claims, and defenses available to the M/V RCM 245, *in rem,* TUG REBEKAH ROSE , *in rem*, and to RCM 245 LLC and Rebekah Rose LLC and that Plaintiff will refrain from arresting or attaching any other property belonging to the owners and/or operators and/or managers and/or agents of the M/V RCM 245 and TUG REBEKAH ROSE, in connection with the claim made the basis of the above captioned matter as long as this security remains in place; and

IT IS FURTHER ORDERED that immediately upon payment of $1,250,000.00 into the Registry of the Court, GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC shall immediately provide the United States Marshal Service with release instructions, so that the M/V RCM 245 and TUG REBEKAH ROSE may sail;

Signed at Beaumont, Texas on May _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE