UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC,<br><br>　　Plaintiffs,<br>v.<br><br>M/V RCM 245, her tackle, furniture, Apparel, appurtenances, etc., *in rem*, *et al.*<br><br>　　Defendants. | §§§§§§§§§§§ | NO. 1:23-cv-00190-MAC<br><br>ADMIRALTY |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: M/V RCM 245, *in rem*; TUG REBEKAH ROSE, *in rem*; Rose Cay Maritime, *in personam*, and on behalf of Claimants who have entered a restricted appearance pursuant to Supplemental Rule E(8), RCM 245 LLC and Rebekah Rose LLC.

Dated this 5th day of July 2023.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　CHALOS & CO, P.C.

　　　　　　　　By:　/s/ *Christopher T. Boyd*
　　　　　　　　　　　George M. Chalos
　　　　　　　　　　　State Bar No. 24077854
　　　　　　　　　　　Federal Bar No. 623727
　　　　　　　　　　　Briton P. Sparkman
　　　　　　　　　　　Federal ID No.: 1148116
　　　　　　　　　　　Christopher T. Boyd
　　　　　　　　　　　State Bar No. 24108500
　　　　　　　　　　　Federal Bar No. 3777678
　　　　　　　　　　　7210 Tickner Street, Houston, Texas 77055
　　　　　　　　　　　Tel: (713) 574-9582, Fax: (866) 702-4577

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 5th, 2023, the foregoing document was electronically filed with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing (ECF) system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented to accept service of this document by electronic means.

                                                  /s/ *Christopher T. Boyd*
                                                  Christopher T. Boyd