UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RCM 245, her tackle, furniture, apparel, appurtenance, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem;* and ROSE CAY MARITIME, LLC, *in personam,*<br><br>Defendants. | NO. 1:23-CV-00190-MAC<br><br>ADMIRALTY |

## JOINT MOTION REQUESTING ENTRY OF PROPOSED AMENDED SCHEDULING ORDER

**TO THE HONRABLE JUDGE OF THIS COURT:**

COME NOW, Plaintiffs GBSM Service and Management LLC ("GBSM") and Bludsworth Marine LLC ("Bludworth") (collectively "Plaintiffs") and Defendant Rose Cay Maritime, LLC, *in personam* and Specially Appearing Defendants RCM 245 LLC and REBEKAH ROSE LLC, as claimants of the M/V RCM 245 and TUG REBEKAH ROSE, respectively, by and through undersigned counsel, and file this Joint Motion Requesting Entry of Proposed Amended

1

Scheduling Order. In support thereof, the parties would respectfully show as follows:

## PROCEDURAL AND FACTUAL BACKGROUND

On May 16, 2023, Plaintiffs GBSM and Bludworth filed the instant lawsuit (Doc. 1) asserting maritime liens against the vessels, plus claims for interest and costs. *Id.* Following the arrest of the vessels, Defendants posted substitute security and the Vessels were released. Doc. 11. The Parties appeared for a Scheduling Conference/Case Management Conference on July 13, 2023, following which the Court issued its Scheduling Order setting forth deadlines for discovery and pretrial filings in the case.

The Parties have completed written discovery exchanges in this matter. Despite the diligence and cooperation of counsel, individual witness schedules could not be lined up before the end of the year for party depositions. The parties have scheduled Rule 30(b)(6) party depositions to proceed on the following dates:

- January 25, 2024 – Plaintiff GBSM
- January 29, 2024 – Plaintiff Bludworth
- January 31, 2024 – Defendant RCM

The parties respectfully request an adjustment and extension of various deadlines in order to complete expert reports, to complete the remaining discovery in this case, and to have sufficient time to attempt mediation to resolve this matter

in advance of trial.  The parties have prepared a proposed Amended Case Scheduling Order which adjusts said deadlines, but maintains the Final Status Conference set by the Court for August 2, 2024 and ensures that all deadlines for motion and final pretrial submissions comport with the timing requirements of this Court's individual practices.  This is the first request for an amendment to the Court's July 14, 2023 Scheduling Order.

## **LEGAL GROUNDS IN SUPPORT OF MOTION**

Fed. R. Civ. P. 16(b)(4) provides that a scheduling order may be modified for "good cause and with the judge's consent." *Id*.  The Fifth Circuit Court of Appeals has explained that "[t]he good cause standard requires the 'party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension.'" *S&W Enters., LLC v. S. Tr. Bank of Ala., N.A.*, 315 F.3d 533, 535 (5th Cir. 2003) (quoting 6A Arthur R. Miller Et Al., Federal Practice And Procedure § 1522.1 (2d. ed. 1990)); *see also Fontenot v. Upjohn Co.*, 780 F.2d 1190, 1193 (5th Cir. 1986) (The court has exceedingly wide discretion in the area of scheduling decisions and in handling its own calendar).

As set forth in detail above, the parties have and continue to be diligent in completing discovery in this case.  Additional time is needed to evaluate, review, and complete expert reports and discovery in this matter.  The parties respectfully submit that good cause exists for the modification to the discovery deadlines as

3

diligence has been (and will continue to be) exercised by the parties in this matter and the requested relief will not adjourn and/or otherwise delay the Court's scheduled final status conference.

## REQUEST FOR MODIFICATION

The Parties have submitted a proposed Amended Scheduling Order in connection with this motion, with the following proposed deadlines:

- Plaintiff, or the party with the burden of proof, shall serve Expert Reports by **February 16, 2024**.
- Defendant, or the responding party, shall designate Expert Witnesses by **March 18, 2024**.
- Mediation completed by **March 15, 2024**.
- All discovery to be completed by **April 12, 2024**.
- Motion cut-off is **April 19, 2024**.
- Joint pretrial order to be filed by **July 12, 2024**.
- Final Status Conference for **August 2, 2024, 10:00 AM**.

## PRAYER

For the foregoing reasons, the Parties respectfully request that the Court grant this motion and enter the proposed Amended Scheduling Order, in substantially the form submitted herewith.

Dated January 8, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Robert J. Killeen Jr. (with permission)
　　　　　　　　　　　　　　　　Robert J. Killeen, Jr.
　　　　　　　　　　　　　　　　Texas Bar No. 11407000
　　　　　　　　　　　　　　　　Federal Bar No. 12343
　　　　　　　　　　　　　　　　1811 Bering Dr., Suite 120
　　　　　　　　　　　　　　　　Houston, Texas 77057
　　　　　　　　　　　　　　　　Telephone: 713-626-5100
　　　　　　　　　　　　　　　　Fax: 713-626-4545
　　　　　　　　　　　　　　　　Email: rkilleen@killeen-law.com

　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFFS**

　　　　　　　　　　　　　　　　*/s/* George M. Chalos
　　　　　　　　　　　　　　　　George M. Chalos
　　　　　　　　　　　　　　　　Texas Bar No. 24077854
　　　　　　　　　　　　　　　　Federal ID No. 623727
　　　　　　　　　　　　　　　　Chalos & Co., P.C.
　　　　　　　　　　　　　　　　7210 Tickner Street
　　　　　　　　　　　　　　　　Houston, Texas 77055
　　　　　　　　　　　　　　　　Telephone:  713-574-9582
　　　　　　　　　　　　　　　　Fax:  866-702-4577
　　　　　　　　　　　　　　　　Email:  gmc@chaloslaw.com

　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs and Defendants have conferred by email and jointly negotiated the proposed amendments to the scheduling order and requested extension of discovery.  The motion is unopposed and jointly submitted.

　　　　　　　　　　　　　　　　*/s/ George M. Chalos*
　　　　　　　　　　　　　　　　Chalos & Co., P.C.

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties to this case.

*/s/ George M. Chalos*
Chalos & Co., P.C.