UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> RCM 245, her tackle, furniture, apparel, appurtenance, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem;* and ROSE CAY MARITIME, LLC, *in personam,* <br><br> Defendants. | NO. 1:23-CV-00190-MAC <br><br> ADMIRALTY |

### COMPLAINANTS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Complainants, GBSM Service and Management LLC ("GBSM") and Bludworth Marine LLC ("Bludworth") (collectively "Complainants") and respectfully request leave to file an amended complaint for the reasons set forth in the Complainants memorandum in support of motion for leave to file amended complaint.

1

WHEREFORE, Complainants, GBSM Service and Management LLC ("GBSM") and Bludworth Marine LLC request leave to file an amended complaint for the reasons set forth in the Complainants memorandum in support of motion for leave to file amended complaint.

Respectfully submitted,

**KILLEEN & STERN, PC**

*/s/ Robert J. Killeen Jr.*
Robert J. Killeen, Jr.
Texas Bar No. 11407000
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Telephone: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANTS**

## CERTIFICATE OF CONFERENCE

Counsel for Complainants and Defendants have conferred and this motion is opposed.

*/s/ Robert J. Killeen, Jr.*
Robert J. Killeen, Jr.

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 19th day of March 2024, that the foregoing pleading was filed with the Clerk of Court and served to all known parties by using the Court's CM/ECF system.

                                        */s/Robert J. Killeen Jr.*_____
                                        Robert J. Killeen Jr