# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC,**<br><br>        **Plaintiffs,**<br><br>vs.<br><br>**RCM 245, her tackle, furniture, apparel, appurtenance, etc.,** *in rem*; **TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc.,** *in rem;* **and ROSE CAY MARITIME, LLC,** *in personam,*<br><br>        **Defendants.** | NO. 1:23-CV-00190-MAC<br><br>ADMIRALTY |

## ORDER

GBSM Service and Management LLC, and Bludworth Marine LLC's request for leave to file an amended complaint for the reasons set forth in the Complainants memorandum in support of motion for leave to file amended complaint, is GRANTED.

_____
UNITED STATES DISTRICT JUDGE MARCIA A. CRONE

1