# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC,** <br><br> Plaintiffs, <br><br> vs. <br><br> RCM 245, her tackle, furniture, apparel, appurtenance, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem;* and ROSE CAY MARITIME, LLC, *in personam,* <br><br> Defendants. | NO. 1:23-CV-00190-MAC <br> ADMIRALTY |

## FIRST AMENDED VERIFIED COMPLAINT

The First Amended Verified Complaint of Complainants, GBSM Service and Management, LLC ("GBSM") and Bludworth Marine, LLC ("Bludworth") ("collectively Plaintiffs") against the RCM 245, her engines, tackle, and appurtenances, *in rem,* and the Tug Rebekah Rose, her engines, tackle, and appurtenances, *in rem*, and against Rose Cay Maritime, LLC, ("RCM") in *personam* in causes of breach of maritime contract and foreclosure of maritime liens, avers:

1

## Jurisdiction

1.

This is an admiralty and maritime claim within the meaning of 28 U.S.C. §1333, Rule 9 (h) of the Federal Rules of Civil Procedure, and the Federal Maritime Lien Act, 46 U.S.C. §31301, *et seq.* This Court has jurisdiction over Complainants' claim pursuant to Tex. R. Civ. P. 185 pursuant to its pendant jurisdiction.

## Parties

2.

Complainant, GBSM, is a limited liability company organized and existing under the laws of the State of Texas. Its principal place of business is in Houston, Harris County, Texas. GBSM owns and operates a business within this District specializing, in part, in removal of fuels and product from barges such as the RCM 245, and GBSM furnished pre-arrest necessaries to the vessels within this District.

3.

Complainant, Bludworth, is a limited liability company organized and existing under the laws of the State of Texas. Its principal place of business is in Houston, Harris County, Texas. Bludworth owns and operates a shipyard engaged in vessel repair and new ship construction. Bludworth furnished pre-arrest necessaries to the vessels within this District.

4.

Defendant, RCM, is a limited liability company organized and existing under the laws of the State of Delaware. Its principal place of business is in Miami, Florida, but operated from the State of New York. At all pertinent times on information and belief, RCM was the owner and/or owner *pro hac vice* and operator of the RCM 245 and Tug Rebekah Rose.

5.

RCM 245 is a 554.8 foot long, 93.20 feet wide, and 45.80 feet deep tank barge built in 1997. She is registered in the United States bearing primary vessel number 1050073, and she is now or will be during this action within this District and the jurisdiction of this Court.

6.

Tug Rebekah Rose is a 143.60 foot long, 44 foot wide and 23.80-foot-deep towing vessel. She was built in 1997, has IMO No. 9170688, and she is now or will be during this action within this District and the jurisdiction of this Court.

**Facts**

7.

At the request of RCM and/or the owner or charterer of the RCM 245 or its authorized agent and/or the Tug Rebekah Rose or its authorized agent, Plaintiffs provided necessaries (shackles, rigging and related services) to the RCM 245 and

Tug Rebekah Rose during the period January 2023 through March 2023. Copies of Complainants' invoices, in the total principal amount of **USD 1,007,164.01**, are attached and incorporated as Exhibits A and B. Specifically GBSM provided services from January 9, 2023, through February 9, 2023, to both vessels. Exhibit A, GBSM's invoices, total **USD 421,586.03**. Bludworth provided services to both vessels during all three months (January, February & March). Exhibit B, Bludworth's invoices, total **USD 585,567.98.** These amounts, (exclusive of interest, costs, and attorney's fees), have not been paid despite amicable demand.

8.

The pre-arrest goods and services provided by Plaintiffs to the RCM 245 and Tug Rebekah Rose were necessary for the operations of the vessel in its ordinary trade. The vessels have a fair market value in the total principal amount of between USD 30,000,000.00 and USD 45,000,000.00. (exclusive of interest, costs, and attorney's fees), none of which has been paid despite amicable demand.

9.

As shown by the attached Verifying Affidavit, the foregoing allegations are true and correct and within the admiralty jurisdiction of this Court.

10.

Pursuant to the general maritime law and the Federal Maritime Lien Act, Plaintiffs have one or more maritime liens against the RCM 245 and the Tug

Rebekah Rose totaling **$1,007,164.01**, plus pre-judgment and post-judgment interest, costs, attorney's fees, and collection expenses.

11.

RCM has failed to make the payments to Complainants and is liable to Complainants for the aforesaid sums and is further liable to Plaintiffs for any deficiency of its indebtedness to Plaintiffs following the sale of the RCM 245 and Tug Rebekah Rose, their engines, tackle, and apparel.

12.

Pursuant to the provisions of the Federal Maritime Lien Act, Complainants are entitled to have this Court recognize its lien(s) against the RCM 245 and Tug Rebekah Rose and are entitled additionally to judgment against the vessels in the full amount of its claims, plus interest, costs, and attorney's fees.

13.

Concurrently, Complainants proceed against defendants pursuant to Texas Suit on Account, *Tex. R. Civ. P.* 185, for which this court has jurisdiction, as "...founded on business dealings between the parties, or…for personal service rendered, or labor done or labor or materials furnished, on which systematic record has been kept…" through its pendant jurisdiction.

14.

As a result of RCM's refusal to pay Complainants the sums owed as aforementioned, Complainants are entitled to judgment against RCM in the amount of its claims, plus attorney's fees, interest, and costs. Complainants are further entitled to judgment recognizing its liens, plus attorney's fees, interest and costs, upon the RCM 245, her engines, tackle and apparel, and the Tug Rebekah Rose, her engines, tackle and apparel.

**WHEREFORE**, Complainants, GBSM Service and Management, LLC and Bludworth Marine, LLC pray that, after due proceedings are had, judgment be entered against Rose Cay Maritime, LLC, and in favor of Complainants in the sum of USD 1,007,164.01, plus all interest, costs, and attorney's fees.

Complainants further pray for such other general, specific, and equitable relief as this Honorable Court deems proper.

Respectfully submitted:

**KILLEEN AND STERN PC.**

*/s/ Robert J. Killeen Jr.*
Robert J. Killeen, Jr.
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Telephone: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANTS**