# EXHIBIT A



**GBSM Service and Management, LLC**

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2023 | GM13254 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms |
|---|---|
| RCM245 | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Original Quote: Included labor and equipment for 8 hrs of truck transport, load, and unload operations.<br>Breakdown of actual job to date below:<br>January 9, 2023<br>GBSM Personnel - 3 (Project inspection and setup)<br>Trucks (Urgent Request) - 2 (Double Heart, Greyhound)<br>Trailer Wash/ Clean Cert Requested for trucks - 2<br>Additional Pump to assist with loading - 1<br>Full Day on site (8 am - 7 pm)<br><br>Day 1 - Received a call on Sunday, January 8, 2023 at 0800 to provide transfer service for remaining product on RMC 245, imperative, time is of the essence and operation must begin 1st thing on the 9th. Removal of 13,000 gallons of jet fuel and transport to customer (Magellan Terminals Houston). We arrived with 2 trucks + 3 GBSM personnel for job setup. All trucks to be on site or on standby until completion of the job. Material was approx 45 ft below deck and ship and support personnel were unable to pump the material from the cargo tank into our transport trucks. We provided assistance and an additional diaphragm pump which they moved up on deck to assist in getting the product pumped out of the tanks. We hooked up the hoses and unfortunately, we did not receive any product even though we ran all day long. Trucks had to be washed for transport of ultra clean product. | 75,000.00 | 75,000.00 |

| | | **Total** | |
|---|---|---|---|
| | | **Payments/Credits** | |
| | | **Balance Due** | |



Page 1



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2023 | GM13254 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms |
|---|---|
| RCM245 | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 10, 2023<br>GBSM Personnel - 1 (Field Manager)<br>Trucks - 1 (Greyhound)<br>Full Day on site (6:50 am - 7 pm)<br><br>Day 2 - Started job around 7 am. in conjunction with the Ship and support personnel we ran our pumps all day in an effort to transport the product from the cargo tank into our transport vessel. Chemist refused entry into the tank or any other option other than pumping the material using the discharge line intrinsic to the tank. Despite all efforts, we were again unsuccessful. All truck were on site for the entire day and drivers were to remain on standby and job picked up on day 3 | | |

| | Total | |
|---|---|---|
| | Payments/Credits | |
| | Balance Due | |

Page 2



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2023 | GM13254 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms |
|---|---|
| RCM245 | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 11, 2023<br>GBSM Personnel - 1 (Field Manager)<br>Trucks - 1 Greyhound<br>Trucks (Urgent Request) - 1 (Action Resources)<br>Trailer Wash/ Clean Cert Requested for truck - 1<br>Full Day on site (6:58 am - 7 pm + Overnight for 2 lodging and per diem)<br><br>Day 3 - Start time is 7 am. 2 trucks + supervisor from GBSM. At the end of this day the ship and support personnel determined that there was a problem with the transfer line in the cargo tank because they were able to remove product from other tanks using the vacuum truck we provided along with diaphragm pumps. The same set up did not work for the tank we were trying to empty. The chemist allowed the ship and support personnel to lower a diaphragm pump onto the midsection whereupon transfer operations were attempted again pulling directly from the tank with 2" line. Unfortunately this was also unsuccessful and transfer efforts were suspended late in the evening. Both drivers stayed in the area so they would be available first thing the following morning. | | |

| | **Total** |
|---|---|
| | **Payments/Credits** |
| | **Balance Due** |



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2023 | GM13254 |

| Bill To |
|---|
| Rose Cay Maritime, RCM<br>1321 UPLAND DRIVE, STE. 20183<br>HOUSTON, TX 77043 |

| P.O. No. | Terms |
|---|---|
| RCM245 | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 12, 2023<br>GBSM Personnel - 1 (Field Manager)<br>Trucks - 2 (Greyhound, Action Resources)<br>Trucks (Urgent Request) - 1 (PBI)<br>Trailer Wash/ Clean Cert Requested for additional vac truck - 1<br>Full Day on site (7 am - 7 pm)<br><br>Day 4 - Start time is 7 am. We brought in a very powerful 70 bbl vacuum truck and using this equipment we were able to finally successfully begin transferring product form the cargo tank into our transport vessels. This operation continued all throughout that day. Material was vacuumed into the 70 bbl then transferred over to transport trucks. The first truck was full by about 6 pm. The second truck was able to transfer about half of the volume of the second truck before operations were suspended for the evening. The driver parked the trailer on the pier and returned home for health reasons.<br>January 13, 2023<br>GBSM Personnel - 2 (Field Manager, Relief Personnel)<br>Trucks - 2 (Greyhound, PBI)<br>Trucks (Urgent Request) - 1 (SES)<br>Full Day on site (7 am to 7 pm)<br><br>Day 5 - Start time is 7 am. We worked all day on Friday and finished loading the second truck which left around 4 pm. On this day we called another truck to load the remaining material. Driver started loading late afternoon and finished just after midnight. The residual material left in the tank loaded into the third truck was a mixture of water and product (ship slop). We loaded approximately half a truck. | | |

| | Total | |
|---|---|---|
| | Payments/Credits | |
| | Balance Due | |

Page 4



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2023 | GM13254 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms |
|---|---|
| RCM245 | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 14, 2023<br>Delivery to Tri State Products (ship slop)<br><br>Day 6 - Deliver ship slop to Tri State Products. Truck returned to dock (to be billed on a later invoice).<br>January 16, 2023<br>Delivery to Magellan<br>Trucks - 2 (Greyhound, Action Resources)<br><br>***The receiving terminal notified us Thursday night that we would not be able to discharge until Monday morning. All operations had to be conducted in daylight hours. GBSM coordinated all the access agreements with Magellan, including meeting all the insurance requirements for delivery into the terminal.***<br>Storage fees<br>Action - Friday through Sunday<br>Greyhound - Friday through Sunday<br>PBI - Saturday and Sunday<br><br>GBSM provided temporary storage of the ship slops. Transport truck needed to return for additional loading and no unload location was available. | | |

| | | **Total** | $75,000.00 |
|---|---|---|---|
| Remittance address: gbsalesap@gmail.com<br>GBSM Service and Management, LLC<br>14303 Hartshill Drive<br>Houston, TX 77044 | Amegy Bank 7031 FM 1960, Humble, TX<br>Wire / ACH info:<br>Acct: 5793536029<br>R/T: 113011258 | **Payments/Credits** | $0.00 |
| | | **Balance Due** | $75,000.00 |



**GBSM Service and Management, LLC**

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/22/2023 | GM13261 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| RCM 245 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Final Bill RCM 245 (Vessel Repair) | | |
| 1 | Removal of Slops and water from RCM 245 Jan 14-22 | 130,658.53 | 130,658.53 |
| | Provide 70 BBL Super Vac operator and hoses for 210.75 hrs
provide 130 vac truck plus driver and hoses for 80 hrs.
Provide disposal for 36960 gal slops, 4200 gal required recycling to avoid hazardous disposal charges for benzene and flash.
Provide labor, equipment, logistic support, tracking, coordinating, scheduling, insurance and management for entire project.

This project required the 70 bbl super vac and operator on-site 24x7 for the entire project...this included maintaining operators overnight with special logistics support to keep the truck operational while the RCM 245 was in port. This special truck with a very large and powerful pump and associated cooling system was required to overcome the distances (over 100 feet) and vertical drop (over 40 feet) to vacuumed material from the bottom of the tank up to deck level and over to the dock.

In addition we needed to maintain a 130 bbl on-site to empty the 70bbl as it became full. Drivers were scheduled to rotate on/off as needed to maintain constant presence. Additional trucks were available over the weekend to allow continuous use of the 70 bbl.

Slops for disposal were very flashy and contained benzene. We made special arrangements to avoid haz disposal charges.

Logistics/management/coordination and scheduling provide for 24x7 operation during entire invoice period. | | |

Thank you for your business.

**Total**

Page 1



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/22/2023 | GM13261 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| RCM 245 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 14, 2023<br>GBSM Personnel - 1 (Field Manager)<br>Trucks - 2 (PBI, SES)<br><br>Day 7 - 70 bbl trailer: Start time 9:00 am | End time: 7:00 pm<br>Pulled material and transferred loads back to back until end of day.<br>130 bbl trailer transloaded ship slops from 70 bbls to be managed by GBSM<br><br>January 16, 2023<br>GBSM Personnel - 1 (Field Manager)<br>Trucks - 3 (Action Resources, Greyhound, PBI)<br>Delivery - 1 (Sun Coast Resources)<br><br>Day 6 continued (additional work completed after billing anticipated unloads on the morning of 1/16 on GM13254).<br>Action Resources delivered Thursday's load to Magellan then returned for an additional load but was later released as we were told was not enough material to load multiple trucks that day.<br>Greyhound Environmental delivered Friday's load to Magellan then returned for an additional load. Load was more water than product and deemed ship slops to be managed by GBSM instead of delivered to Magellan.<br>PBI returned after unloading ship slops loaded the previous week. Stayed on site all day to load material from barge to transload into trucks on site.<br>Sun Coast Resources delivered 6000 gallons of potable water | | |

Thank you for your business.

**Total**



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/22/2023 | GM13261 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| RCM 245 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 17, 2023<br>GBSM Personnel - 1 (Field Manager)<br>Trucks - 2 (Greyhound, PBI)<br><br>Day 8 - additional work performed outside scope of original project/proposal<br><br>Greyhound arrived on site at 8:45 am, loaded and departed with load of ship slops to be managed by GBSM.<br>PBI arrived on site at 8:30 am to begin transloading. First driver worked until 10 pm. Second driver arrived at 9:00 pm and worked until 10 am the next day.<br><br>January 18, 2023<br>GBSM Personnel - 1 (Field Manager)<br>Trucks - 2 (Greyhound, PBI)<br><br>Day 9 - additional work performed outside scope of original project/proposal<br><br>Greyhound unloaded ship slops loaded on 1/17. Driver then arrived on site in Galveston at 5:30 pm, loaded and departed with load of ship slops to be managed by GBSM.<br>PBI driver arrived on site at 9:30 am to relieve second driver and begin transloading. First driver worked until 9 pm. Second driver arrived at 9:00 pm and worked until 7:15 am the next day.<br><br>January 19, 2023<br>Trucks - 2 (Action Resources, PBI)<br><br>Day 10 - additional work performed outside scope of original project/proposal<br><br>Action Resources arrived at 9:50 am and waited at the pier until the load was ready. Left at 6:30 pm and would unload the following day.<br>PBI driver arrived on site at 7 am to relieve second driver and begin transloading. First driver worked until 8 pm. Second driver arrived at 7:00 pm and worked until 7 am the next day. | | |

Thank you for your business.

**Total**



**GBSM Service and Management, LLC**

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 1/22/2023 | GM13261 |

| Bill To |
|---|
| Rose Cay Maritime, RCM<br>1321 UPLAND DRIVE, STE. 20183<br>HOUSTON, TX 77043 |

| P.O. No. | Terms | Project |
|---|---|---|
| RCM 245 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 20, 2023<br>Trucks - 1 (PBI)<br><br>Day 11 - additional work performed outside scope of original project/proposal<br><br>PBI driver arrived on site at 7:10 am to relieve second driver and begin transloading. First driver worked until 7 pm. Second driver arrived at 6:45 pm and worked until 7 am the next day.<br>January 21, 2023<br>Trucks - 1 (PBI)<br><br>Day 12 - additional work performed outside scope of original project/proposal<br><br>PBI driver arrived on site at 7:00 am to relieve second driver and begin transloading. First driver worked until 7:10 pm. Second driver arrived at 7 pm and worked until 8 am the next day.<br><br>January 22, 2023<br>Trucks - 2 (Interstate Petroworks, PBI)<br><br>Day 13 - additional work performed outside scope of original project/proposal<br><br>IPW driver arrived at 7:35 am. Began transloading at 3:05 pm. Completed load at 8 am the following day and departed at 9:00 am on 1/23.<br>PBI driver arrived on site at 8:10 am to relieve second driver and begin transloading. First driver worked until 6:30 pm. Second driver arrived at 7:15 pm and worked until 7:45 am the next day. | | |
| 6,000 | 1/16 - Provision of potable water in food grade trailer for drinking/bathing etc. (24 hr notice) RCM 245 and Rebecca | 2.50 | 15,000.00 |
| 4 | 1/16 - Freight to provide potable water | 185.00 | 740.00 |
| 1 | 1/18 - VLS service to facilitate removal of cargo, water, wastewater from RCM 245 | 3,984.68 | 3,984.68 |

Thank you for your business.

**Total**

# Invoice

**GBSM Service and Management, LLC**

Houston, TX 77044

| Date | Invoice # |
|---|---|
| 1/22/2023 | GM13261 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| RCM 245 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | When initial unload activity was unsuccessful due to distance (over 100 ft) and drop (45 ft). Project Manager asked GBSM to bring in VLS Industiral to review, facilitate and possibly take over the project if necessary to begin moving material from the barge. VLS industrial has extensive experience with this type of work. VLS provided a full crew and necessary trailer/materials to complete the project (USCG compliant) in the event it was necessary to have them take over removal and cleaning operation. Previous delays required accelerated mobilization to support project timeline.<br><br>11 hours forman<br>22 hours Technician<br>6 hours vac truck<br>6 fuel surcharge<br>1 crew truck | | |

Thank you for your business.

**Total** $150,383.21



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 2/9/2023 | GM13263 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 6,000 | 1/28 - Potable water for RCM 245 (RCMH2O- 2) | 2.50 | 15,000.00 |
| 4 | 1/28 - Delivery Charge | 185.00 | 740.00 |
| 1 | credit from previous invoice | -5,000.00 | -5,000.00 |
| 1 | Removal of Slops and water from RCM 245 & Rebecca Jan 23 -29<br>Vac - 218.65<br>70 bbl - 167.00<br>disp (gal) - 3,500.00<br><br>January 23, 2023<br>Trucks - Interstate Petroworks, PBI, SES<br><br>Day 14 - additional work performed outside scope of original project/proposal<br><br>PBI driver (Dwayne) arrived on site at 7:15 pm on 1/22 to continue transloading and departed at 8:15 am on 1/23.<br>IPW driver (J. Bell) arrived on site at 7:35 am. Completed loading and departed at 8:00 am on 1/23.<br>PBI driver (De'Andre) arrived on site at 7:10 am to continue transloading. Departed at 7:00 pm.<br>PBI driver (Ashton) arrived on site 6:45 am to pull load. Sat on standby from 8:15 to 11:59.<br>SES driver (Jaime) arrived on site at 7:00 am. Parked next to ship to wait for the load. Job called on account of weather on 1/24 so driver left at 4:30 pm.<br><br>January 24, 2023<br>Trucks - PBI<br><br>Day 15 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 7:15 am to continue transloading. Departed at 5:00 pm.<br>PBI driver (Ashton) arrived on site 12:00 to pull load. Sat on standby until 7:00. | 96,125.64 | 96,125.64 |

Thank you for your business.

**Total**

# Invoice

**GBSM Service and Management, LLC**

Houston, TX 77044

| Date | Invoice # |
|---|---|
| 2/9/2023 | GM13263 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | January 25, 2023<br>Trucks - PBI, SES<br><br>Day 16 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 12:00 pm to continue transloading. Departed at 9:30 pm.<br>PBI driver (Ashton) arrived on site 5:15 pm to pull load. Sat on standby until 7:00 pm. Loaded half a load from 7:00 pm to 8:00 pm. Sat on ton standby until 12:00 am on 1/26.<br>SES driver (Gamaliel) arrive on site at 6:00 pm and sat on standby for approx 14 hours until 10:00 am on 1/26.<br><br>January 26, 2023<br>Trucks - PBI, SES<br><br>Day 17 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 7:13 am to continue transloading. Departed at 7:13 pm.<br>PBI driver (Ashton) arrived on site 12:00 to sit on standby. Departed at 7:00<br>SES driver (Gamaliel) unloaded slop picked up on 1/25 from 1:00 pm to 2:00 pm then returned to Pier 41. Another truck was already on site, truck was sent home. |  |  |

Thank you for your business.

**Total**



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 2/9/2023 | GM13263 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | January 27, 2023<br>Trucks - PBI, SES<br><br>Day 18 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 7:10 am to continue transloading. Departed at 8:10 pm.<br>PBI driver (Ashton) arrived on site 12:00 am to sit on standby. Departed at 7:00am. Returned at 6:00 pm. Sat on standby until 12:00 am 1/28.<br>SES driver (Gamaliel) arrived at 10:00 am to sit on standby unit 10:00 am on 1/28 (slept on site)<br><br>January 28, 2023<br>Trucks - PBI, SES<br><br>Day 19 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 7:10 am to continue transloading. Departed at 12:00 am 1/29.<br>PBI driver (Ashton) arrived on site 12:00 am to sit on standby. Departed at 7:00am. Returned at 4:30 pm. Waited on escort but no one came.<br>SES driver (Gamaliel) arrived at 10:00 am to sit on standby unit 3:00 pm on 1/29 and sent home with no load (slept on site)<br>Sun Coast Resources delivered potable water |  |  |

Thank you for your business.

**Total**



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 2/9/2023 | GM13263 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 29, 2023<br>Trucks - PBI, BPS<br><br>Day 20 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 12:30 am to continue transloading. Departed at 4:00 pm 1/30.<br>PBI driver (Ashton) arrived on site 9:40 am to sit on standby. Departed at 4:00 pm.<br>BPS driver arrived at 1:09 pm to pick up trailer of wash water. Waiting for an escort for over 2/5 hours but no one came. Left yard without trailer. | | |
| 1 | Removal of Slops and water from RCM & Rebecca Jan 30 - Feb 5<br>Vac - 71.50<br>70 bbl - 89.50<br>disp (gal) - 5,460.00 | 45,598.20 | 45,598.20 |
| | January 30, 2023<br>Trucks - PBI, SES<br><br>Day 21 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 10:10 am to continue transloading. Departed at 4:00 pm.<br>PBI driver (Derrick) delivered slop load to Compliant Resolutions from 11:50 am to 2:20 pm<br>PBI driver (William) arrived on site at 2:00 pm. Departed at 3:00 pm. Job was cancelled for the day.<br>SES driver (Gamaliel) arrived on site at 11 am to remain on standby. Departed at 3:00 pm when he was sent home due to night shift cancellation. | | |

Thank you for your business.

**Total**

| | | |
|---|---|---|
| GBSM Service and Management, LLC | | **Invoice** |
| Houston, TX 77044 | | |

| Date | Invoice # |
|---|---|
| 2/9/2023 | GM13263 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | January 31, 2023<br>Trucks - PBI, SES<br><br>Day 22 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 10:00 am to continue transloading. Departed at 12:00 am on 2/1.<br>SES driver (Gamaliel) arrived on site at 6:00 pm to remain on standby. Departed at 12:00 am on 2/1 as requested.<br><br>February 1, 2023<br>Trucks - PBI, SES, BPS<br><br>Day 23 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 5:00 pm to continue transloading. Departed at 12:00 am on 2/2.<br>SES driver (Alberto) arrived on site at 6:00 pm to remain on standby. Departed at 12:00 am on 2/1 as requested.<br>BPS driver (Tara) arrived on site at 1:26 pm to pick up trailer with wash water. Departed at 3:04 pm to empty remaining material.<br><br>February 2, 2023<br>Trucks - PBI, SES<br><br>Day 24 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 3:00 pm to continue transloading. Departed at 12:00 am on 2/3.<br>SES driver (Alberto) arrived on site at 5:45 pm to pick up one load of water. Departed at 12:15 am. Water to be managed the following day as directed. | | |

Thank you for your business.

**Total**



GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 2/9/2023 | GM13263 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | February 3, 2023<br>Trucks - PBI, SES<br><br>Day 25 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 5:00 pm to continue transloading. Departed at 12:00 am on 2/3.<br>SES driver (Alberto) arrived on yard at 8:00 am haul water to disposal site. On site at disposal from 11 am tot 1:30 pm then returned to yard.<br>SES driver (Tommy) arrived on site at 7:30 pm and sat on standby until 12:00 am on 2/4.<br><br>February 4, 2023<br>Trucks - PBI<br><br>Day 26 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 5:00 pm to continue transloading. Departed at 12:00 am on 2/5<br>PBI driver (William) arrived on site at 4:00 pm.<br><br>February 5, 2023<br>Trucks - PBI<br><br>Day 27 - additional work performed outside scope of original project/proposal<br><br>PBI driver (William) departed with a partial load at 12:00 am and returned to yard.<br>PBI driver (William) arrived on site at 4:00 pm to continue transloading with partial trailer. Stayed on site with partially loaded trailer unit 12:00 am. |  |  |
| 1 | Removal and disposal of water from Hydro testing RCM 245 & Rebecca Feb 6 - 9 | 41,949.00 | 41,949.00 |

Thank you for your business.

**Total**



**GBSM Service and Management, LLC**

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 2/9/2023 | GM13263 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Vac - 46.00<br>70 bbl - 50.00<br>disp (gal) - 16,920.00<br><br>February 6, 2023<br>Trucks - PBI<br><br>Day 28 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 5:00 pm to continue transloading. Departed at 12:00 am on 2/7<br>PBI driver (William) departed with a partial load at 12:00 am and returned to yard.<br>PBI driver (William) arrived on site at 4:00 pm to continue transloading with partial trailer. Stayed on site unit 12:00 am.<br><br>February 7, 2023<br>Trucks - PBI<br><br>Day 29 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) arrived on site at 6:00 pm to continue transloading. Departed at 12:00 am on 2/7<br>PBI driver (William) departed with a partial load at 12:00 am and returned to yard.<br>PBI driver (William) arrived on site at 4:00 pm to continue transloading with partial trailer. Stayed on site unit 12:00 am. |  |  |

Thank you for your business.

**Total**

GBSM Service and Management, LLC

Houston, TX 77044

# Invoice

| Date | Invoice # |
|---|---|
| 2/9/2023 | GM13263 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | February 8, 2023<br>Trucks - PBI<br><br>Day 30 - additional work performed outside scope of original project/proposal<br><br>PBI driver (De'Andre) stayed on site at 12:00 am to continue transloading. Departed at 12:00 am on 2/9<br>PBI driver (William) stayed on site until 6 am then departed to Ecowerks with load. Unloaded from 8:45 am tot 10:30 am. Returned for second load at 2:30 pm. Sat on standby for second load until 12:00 am 2/9<br><br>February 9, 2023<br>Trucks - PBI<br><br>Day 31 - additional work performed outside scope of original project/proposal<br><br>PBI driver (William) stayed on site at 12:00 am to continue transloading. Departed at 6:00 am en route to Ecowerks. Unloaded slop from 8:30 am to 10:30 am. Returned to yard after completion of project. | | |
| 1 | Project Washouts<br><br>Trailer Washes:<br>PBI - 522<br>PBI - D369<br>PBI - 1109<br>SES - T014<br>SES - T018<br>BPS - 259 | 1,800.00 | 1,800.00 |

Thank you for your business.

**Total** $196,212.84