# EXHIBIT B

# Statement

Bludworth Marine L.L.C.
3502 Broadway
Houston, TX 77017

| Date |
|---|
| 4/19/23 |

**To:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

| Amount Due | Amount Enc. |
|---|---|
| $585,567.98 | |

| Date | Transaction | | Amount | Balance |
|---|---|---|---|---|
| 02/13/23 | 20086 BA-GA RCM 245-<br>INV #12330. Orig. Amount $565,137.92. | Jan 2023 | 565,137.92 | $65,137.92 |
| 02/10/23 | 20103 BO-GA Rebekah-<br>INV #12328. Orig. Amount $9,356.99. | ∧ | 9,356.99 | 574,494.91 |
| 02/10/23 | 20122 BA-GA RCM 245-<br>INV #12327. Orig. Amount $5,494.07. | ∧ | 5,494.07 | 579,988.98 |
| 03/21/23 | 20162 BA-PU RCM 225-<br>INV #12401. Orig. Amount $5,579.00. | March 2023 | 5,579.00 | 585,567.98 |

**EXHIBIT B**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 5,579.00 | 0.00 | 579,988.98 | 0.00 | $585,567.98 |



**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/13/23 | 12330 |

Vessel: RCM 245
Customer Contact: Oscar Balderas
Scope: Miscellaneous Repairs
Project: 20086 BA-GA RCM 245

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
|  | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 10 Customer Purchases | | |
| Material purchased by Port Engineer. | | |
| Labor 8 hrs RT @ $60/hr = $480.00<br>Labor 4 hrs OT @ $77/hr = $308.00<br>Materials = $28,343.20 | | |
| Labor | 788.00 | 788.00 |
| Materials | 28,343.20 | 28,343.20 |
| | | |
| 11 Tank Cleaning | | |
| Tank Cleaning: Supplied personnel and equipment to clean and gas free (16) cargo tanks. | | |
| Tank cleaners hrs 657 RT @ $35/hr = $22,995.00<br>Tank cleaners 1,059 hrs OT @ $50/hr = $52,950.00<br>Materials/equipment/consumables = $4,129.51<br>Vacuum truck/supply tanker = $127,390.00 | | |
| Labor | 75,945.00 | 75,945.00 |
| Materials/equipment/consumables/vacuum truck/supply tanker | 131,519.51 | 131,519.51 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing # 265270303
Account #    5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

**Total**

**Balance Due**

Page 5



**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/13/23 | 12330 |

| | |
|---|---|
| Vessel: | RCM 245 |
| Customer Contact: | Oscar Balderas |
| Scope: | Miscellaneous Repairs |
| Project: | 20086 BA-GA RCM 245 |

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
| | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 12 Test Cargo Lines | | |
| Performed test of cargo lines and valves, supplied test certificates. | | |
| Supervisor 11 hrs RT @ $100/hr = $1,100.00 | | |
| Supervisor 10 hrs OT @ $130/hr = $1,300.00 | | |
| Labor 22 hrs RT @ $60/hr = $1,320.00 | | |
| Labor hrs 16 OT @ $77/hr = $1,232.00 | | |
| Materials/equipment/consumables = $969.59 | | |
| Labor | 4,952.00 | 4,952.00 |
| Materials/equipment/consumables | 969.59 | 969.59 |
| | | |
| 13 Sewage Line | | |
| Made repairs to sewage line. Replaced broken pipe/fittings as required. | | |
| Supervisor 8 hrs RT @ $100/hr = $800.00 | | |
| Supervisor 5 hrs OT @ $130/hr = $650.00 | | |
| Labor 32 hrs RT @ $60/hr = $1,920.00 | | |
| Labor 16 hrs OT @ $77/hr = $1,232.00 | | |
| Materials/consumables = $679.20 | | |
| Labor | 4,602.00 | 4,602.00 |
| Materials/consumables | 679.20 | 679.20 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing #   265270303
Account #       5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

| Total | |
|---|---|
| **Balance Due** | |



**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/13/23 | 12330 |

| | |
|---|---|
| Vessel: | RCM 245 |
| Customer Contact: | Oscar Balderas |
| Scope: | Miscellaneous Repairs |
| Project: | 20086 BA-GA RCM 245 |

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
| | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 14 Cargo Valves | | |
| Tested cargo valves and removed for replacement all valves that failed pressure test. | | |
| Supervisor 72 hrs RT @ $100/hr = $7,200.00<br>Supervisor 55 hrs OT @ $130/hr = $7,150.00<br>Labor 736 hrs RT @ $60/hr = $44,160.00<br>Labor 831 hrs OT @ $77/hr = $63,987.00<br>Materials/consumables = $7,965.99 | | |
| Labor | 122,497.00 | 122,497.00 |
| Materials/consumables | 7,965.99 | 7,965.99 |
| 17 Trash Disposal | | |
| Provided trash disposal for vessel. | | |
| Trash disposal | 1,250.00 | 1,250.00 |
| 18 Marine Chemist | | |
| Provided the services of a certified marine chemist to issue needed "Safe for Hot Work" / "Safe for Entry" documentation as needed. | | |
| Marine chemist | 19,437.50 | 19,437.50 |
| Less invoice no. 12267 | -60,939.75 | -60,939.75 |
| Less partial payment of invoice no. 12301 | -100,000.00 | -100,000.00 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing #  265270303
Account #     5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

| Total | $565,137.92 |
|---|---|
| **Balance Due** | $565,137.92 |

Page 7



**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/10/23 | 12328 |

| | |
|---|---|
| Vessel: | Rebekah |
| Customer Contact: | Oscar Balderas |
| Scope: | Piping |
| Project: | 20103 BO-GA Rebekah |

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
|  | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 01-11-2023 - 01-12-2023 | | |
| 01 Piping | | |
| Bludworth Marine provided labor, material and equipment to crop and renew 1-1/2" suction line pipe as required using stainless steel material. All work was completed as required. | | |
| Supervisor 16 hrs RT @ $100/hr = $1,600.00 | | |
| Supervisor 9 hrs OT @ $130/hr = $1,170.00 | | |
| Labor 64 hrs RT @ $60/hr = $3,840.00 | | |
| Labor 27 hrs OT @ $77/hr = $2,079.00 | | |
| Materials/equipment/consumables = $667.99 | | |
| Labor | 8,689.00 | 8,689.00 |
| Materials/equipment/consumables | 667.99 | 667.99 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing # 265270303
Account #      5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

| Total | $9,356.99 |
|---|---|
| **Balance Due** | $9,356.99 |



**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/10/23 | 12327 |

| | |
|---|---|
| Vessel: | RCM 245 |
| Customer Contact: | Oscar Balderas |
| Scope: | Storm Damage |
| Project: | 20122 BA-GA RCM 245 |

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
| | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 01-26-2023 - 01-28-2023 | | |
| 01 Equipment Rental | | |
| Bludworth Marine provided a manlift for crew and technicians to be able to board vessel after damage to gangway was incurred during storm. | | |
| Labor 1 hr RT @ $60/hr = $60.00 | | |
| Manlift rental = $2,568.64 | | |
| Labor | 60.00 | 60.00 |
| Manlift rental | 2,568.64 | 2,568.64 |
| | | |
| 02 Gangway Repair | | |
| Removed damaged gangway from barge and made repairs to gangway and gangway turntable as necessary. After repairs were completed, reinstalled and determined gangway was again usable. | | |
| Supervisor 12 hrs RT @ $100/hr = $1,200.00 | | |
| Labor 24 hrs RT @ $60/hr = $1,440.00 | | |
| Materials/consumables = $225.43 | | |
| Labor | 2,640.00 | 2,640.00 |
| Materials/consumables | 225.43 | 225.43 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing #  265270303
Account #     5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

| | |
|---|---|
| **Total** | $5,494.07 |
| **Balance Due** | $5,494.07 |



**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

# INVOICE

| Date | Invoice # |
|---|---|
| 3/21/23 | 12401 |

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

| | |
|---|---|
| Vessel: | RCM 225 |
| Customer Contact: | Kenny Pady |
| Scope: | Generator/Electrician |
| Project: | 20162 BA-PU RCM 225 |

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
| PO1981 | Due on receipt | KEM | KEM |

| Description | Rate | Amount |
|---|---|---|
| 02-20-2023 - 02-20-2023 | | |
| 01 No. 1 Generator | | |
| Bludworth Marine provided three (3) technicians to travel to RCM 225 at Galveston outer anchorage by way of customer supplied launch boat. Crew arrived onboard and pulled back the existing armature. The spare armature was not a correct fit to be installed. Provide outside electrician, RIO electric to disconnect the electrical. | | |
| Technician 2.5 hrs RT @ $98/hr = $245.00 | | |
| Technician 5.5 hrs OT @ $128/hr = $704.00 | | |
| Labor 6 hrs RT @ $60/hr = $360.00 | | |
| Labor 10 hrs OT @ $77/hr = $770.00 | | |
| Labor | 2,079.00 | 2,079.00 |
| 02 Outside Electrician | | |
| Provided outside electrical services to travel with our crew to the barge. Unwired No. 1 generator armature. Could not install the spare armature, not a fit. | | |
| Electrical service = $3,500.00 | | |
| Electrical service | 3,500.00 | 3,500.00 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing # 265270303
Account #    5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

| Total | $5,579.00 |
|---|---|
| **Balance Due** | $5,579.00 |



**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

BILL TO:
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/13/23 | 12330 |

| | |
|---|---|
| Vessel: | RCM 245 |
| Customer Contact: | Oscar Balderas |
| Scope: | Miscellaneous Repairs |
| Project: | 20086 BA-GA RCM 245 |

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
| | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 12-31-2022 - 02-09-2023 | | |
| | | |
| Due on receipt: Payment terms for the balance can be discussed after the balance of invoice no. 12301 ($232,321.97 - $100,000.00 partial payment = $132,321.97 balance) is received. | | |
| | | |
| 01 Mobilization | | |
| | | |
| Bludworth Marine mobilized all equipment and personnel for work to be performed dockside Port of Galveston. | | |
| | | |
| Supervisor 8 hrs RT @ $100/hr = $800.00 | | |
| Supervisor 18 hrs OT @ $130/hr = $2,340.00 | | |
| Labor 32 hrs RT @ $60/hr = $1,920.00 | | |
| Labor 35 hrs OT @ $77/hr = $2,695.00 | | |
| | | |
| Labor | 7,755.00 | 7,755.00 |
| | | |
| 02 Equipment Rental | | |
| | | |
| Provided compressors, crane service, welding machines and pumps. | | |
| | | |
| Supervisor 10 hrs RT @ $100/hr = $1,000.00 | | |
| Supervisor 7 hrs OT @ $130/hr = $910.00 | | |
| Labor 60 hrs RT @ $60/hr = $3,600.00 | | |
| Labor 17 hrs OT @ $77/hr = $1,309.00 | | |
| Equipment rental = $83,427.13 | | |
| | | |
| Labor | 6,819.00 | 6,819.00 |
| Equipment rental | 83,427.13 | 83,427.13 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing # 265270303
Account #   5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

**Total**

**Balance Due**

Page 1

**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/13/23 | 12330 |

Vessel: RCM 245
Customer Contact: Oscar Balderas
Scope: Miscellaneous Repairs
Project: 20086 BA-GA RCM 245

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
|  | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 03 Piping | | |
| Ballast pipe repair: After removal of expansion joints from ballast line, attempted repair of expansion joints provided difficult to accomplish. New owner furnished expansion joints were procured. New stainless steel expansion joints were obtained with plain pipe ends. Welding to the existing carbon steel pipe ends provide difficult. Determined welding stainless flanges on the expansion joints and carbon steel flanges on the pipe ends would produce speedier result. After consulting with Port Engineer on this course of action, proceeded with flange installation. | | |
| Supervisor 40 hrs RT @ $100/hr = $4,000.00 | | |
| Supervisor 71 hrs OT @ $130/hr = $9,230.00 | | |
| Labor 462 hrs RT @ $60/hr = $27,720.00 | | |
| Labor 709 hrs OT @ $77/hr = $54,593.00 | | |
| Materials/equipment/consumables = $19,841.83 | | |
| Transportation 46 miles @ $1.95/mile = $89.70 | | |
| Labor | 95,543.00 | 95,543.00 |
| Materials/equipment/consumables | 19,841.83 | 19,841.83 |
| Mileage | 89.70 | 89.70 |
| 04 Deck Repairs | | |
| Installed drain couplings with plugs on deck containments. | | |
| Supervisor 8 hrs RT @ $100/hr = $800.00 | | |
| Supervisor 22 hrs OT @ $130/hr = $2,860.00 | | |
| Labor 56 hrs RT @ $60/hr = $3,360.00 | | |
| Labor 73 hrs OT @ $77/hr = $5,621.00 | | |
| Labor | 12,641.00 | 12,641.00 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing # 265270303
Account #    5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

**Total**

**Balance Due**

Page 2

**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/13/23 | 12330 |

| | |
|---|---|
| Vessel: | RCM 245 |
| Customer Contact: | Oscar Balderas |
| Scope: | Miscellaneous Repairs |
| Project: | 20086 BA-GA RCM 245 |

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
| | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 05 Vents | | |
| Vent Repair: Replaced gaskets on (12) vents and repaired (5) vent doors, replaced bronze hatch dogs as necessary. | | |
| Supervisor 8 hrs RT @ $100/hr = $800.00<br>Supervisor 5 hrs OT @ $130/hr = $650.00<br>Labor 48 hrs RT @ $60/hr = $2,880.00<br>Labor 48 hrs OT @ $77/hr = $3,696.00<br>Materials/equipment/consumables = $1,181.85 | | |
| Labor<br>Materials/equipment/consumables | 8,026.00<br>1,181.85 | 8,026.00<br>1,181.85 |
| 06 Valves | | |
| Repack cargo valves: Directed by Port Engineer to repack cargo valves. After beginning repacking, it was determined that valves were leaking not through the packing but through the gates. It was decided by Port Engineer at this time that valves would require being removed for either repair or replacement. | | |
| Supervisor 8 hrs RT @ $100/hr = $800.00<br>Supervisor 13 hrs OT @ $130/hr = $1,690.00<br>Labor 24 hrs RT @ $60/hr = $1,440.00<br>Labor hrs 120 OT @ $77/hr = $9,240.00<br>Materials/equipment/consumables = $68,000.70 | | |
| Labor<br>Materials/equipment/consumables | 13,170.00<br>68,000.70 | 13,170.00<br>68,000.70 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing # 265270303
Account #     5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

| Total | |
|---|---|
| **Balance Due** | |

Page 3

**Bludworth Marine L.L.C.**
3502 Broadway
Houston, TX 77017

Phone (713) 644-1595
Fax (713) 644-1598

**BILL TO:**
Rose Cay Maritime
1401 McKinney Street, Suite 1650
Houston, TX 77002

# INVOICE

| Date | Invoice # |
|---|---|
| 2/13/23 | 12330 |

Vessel: RCM 245
Customer Contact: Oscar Balderas
Scope: Miscellaneous Repairs
Project: 20086 BA-GA RCM 245

| P.O. No. | Terms | Sales Rep | Project Manager |
|---|---|---|---|
|  | Due on receipt | MD | MD |

| Description | Rate | Amount |
|---|---|---|
| 08 Engine Pipe<br><br>Removed (2) 4" x 18" exhaust flexes from inert gas engine and replaced with new owner furnished.<br><br>Labor 32 hrs RT @ $60/hr = $1,920.00<br>Labor 16 hrs OT @ $77/hr = $1,232.00<br>Materials/consumables = $40.52<br><br>Labor<br>Materials/consumables | <br><br><br><br><br><br><br><br>3,152.00<br>40.52 | <br><br><br><br><br><br><br><br>3,152.00<br>40.52 |
| 09 Inert Gas Exhaust<br><br>Made repairs to inert (4) gas vent lines on deck.<br><br>Supervisor 16 hrs RT @ $100/hr = $1,600.00<br>Supervisor 10 hrs OT @ $130/hr = $1,300.00<br>Labor 41 hrs RT @ $60/hr = $2,460.00<br>Labor 20 hrs OT @ $77/hr = $1,540.00<br>Materials/consumables = $500.00<br>Transportation 21 miles @ $1.95/mile = $40.95<br><br>Labor<br>Materials/consumables<br>Mileage | <br><br><br><br><br><br><br><br><br><br><br>6,900.00<br>500.00<br>40.95 | <br><br><br><br><br><br><br><br><br><br><br>6,900.00<br>500.00<br>40.95 |

Home Bank
12941 Gulf Freeway, Suite 100
Houston, TX 77034
For Credit to:
Bludworth Marine LLC
ABA Routing # 265270303
Account # 5000028650

In an effort to expedite our billing process, certain expenses may be excluded from this invoice. Any expenses that we receive after this invoice will be invoiced as an addition to this job.

**Total**

**Balance Due**