UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC | CIVIL ACTION NO. 4:23-1755 |
| VERSUS | |
| RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE KAY MARITIME, LLC *in personam* | DISTRICT JUDGE<br><br>MAGISTRATE JUDGE |

## **VERIFICATION**

STATE OF TEXAS
HARRIS COUNTY

 BEFORE ME, the undersigned authority, personally came and appeared,

**ROBERT J. KILLEEN, Jr.**

who, after being duly sworn did depose and state:

 That he is attorney for plaintiffs,

 That he has reviewed the above and foregoing Complaint; That all the allegations of fact therein contained are true and correct to the best of his knowledge, information and belief, based on discussions he has had with such parties.

 That he is providing this Affidavit on their behalf and that the exhibits attached hereto are true and correct copies of company records and other documents.

Sworn to and Subscribed Before
Me this 12 day of May 2023.

*Penny Greenwood*
NOTARY PUBLIC
Penny Greenwood - 129251156
Printed Name/Bar Roll #

*Robert J. Killeen Jr.*
ROBERT J. KILLEEN Jr.



PENNY GREENWOOD
Notary ID #129251156
My Commission Expires
February 17, 2025