| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

GBSM SERVICE AND MANAGEMENT,　§
LLC and BLUDWORTH MARINE LLC,　§
　　　　　　　　　　　　　　　　§
　　　　　Plaintiffs,　　　　　　§
　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:23-CV-190
　　　　　　　　　　　　　　　　§
RCM 245, her tackle, furniture, apparel,　§
appurtenances, etc., *in rem*; TUG　　§
REBEKAH ROSE, her tackle, furniture,　§
apparel, appurtenances, etc., *in rem*; and　§
ROSE CAY MARITIME, LLC, *in personam*,　§
　　　　　　　　　　　　　　　　§
　　　　　Defendants.　　　　　　§

## ORDER

Upon Defendants' Withdrawal of Opposition to Plaintiffs' Motion to Amend (#37), Plaintiffs' Motion for Leave to File Amended Complaint (#31) is GRANTED. Accordingly, Plaintiffs' First Amended Verified Complaint (#32) is deemed filed. Defendants' time for filing an answer or other responsive pleading "runs from the date of" this order. E.D. Tex. Civ. R. 7(k). In addition, Plaintiffs' Motion for Leave to File Reply to Response in Opposition (#35) is DENIED as moot.

　　SIGNED at Beaumont, Texas, this 24th day of April, 2024.

_____
　　　　　MARCIA A. CRONE
　　UNITED STATES DISTRICT JUDGE