**UNITED STATES DISTRICT COURT  * * * * * * * EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

GBSM SERVICE AND MANAGEMENT,  §
LLC and BLUDWORTH MARINE LLC  §
                              §
*versus*                        §     CIVIL ACTION NO. 1:23-CV-190
                              §
RCM 245, her tackle, furniture, apparel,  §
appurtenances, etc., *in rem*; TUG  §
REBEKAH ROSE, her tackle, furniture,  §
apparel, appurtenances, etc., *in rem*; and  §
ROSE CAY MARITIME, LLC, *in personam*  §

### FOURTH AMENDED SCHEDULING ORDER

The parties' Motion to Extend Deadlines (#37) is granted.  The Scheduling Order in this case is amended as follows.[1]

1. April 26, 2024        The pleadings shall be AMENDED by this date.

2. May 10, 2024         DEFENDANTS shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

3. June 28, 2024        DISCOVERY shall be completed by this date.

4. July 12, 2024        MOTION CUT-OFF.  Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown.  Without leave of court, a party may file only one summary judgment motion.

5. October 4, 2024      The JOINT PRETRIAL ORDER,  including motions in limine and proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.

6. October 11, 2024     OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date.

7. October 18, 2024     RESPONSES TO OBJECTIONS shall be filed by this date.  A failure to file a response to an objection shall create a presumption in favor of the court sustaining the objection.

8. November 1, 2024     FINAL STATUS CONFERENCE at 10:00 a.m.  The case will be set for Final Pretrial Conference and Trial at the Final Status Conference.  The parties should be prepared to try the case by this date.

9. 3 days               Estimated time to try before the court.

---

[1] General Proviso:  This scheduling order does not relieve the parties from obtaining leave of court whenever required by statute, the Federal Rules of Civil Procedure, local rule, or case law.

SIGNED at Beaumont, Texas, this 24th day of April, 2024.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE