| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC, | § § § § | |
| Plaintiffs, | | |
| *versus* | § § | CIVIL ACTION NO. 1:23-CV-190 |
| RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE CAY MARITIME, LLC, *in personam*, | § § § § § § § | |
| Defendants. | § | |

## ORDER

The parties' Joint Motion to Partially Disburse Funds From the Court's Registry (#42) is GRANTED. Accordingly, it is:

ORDERED that the Clerk of Court is hereby authorized and directed to draw a check on the funds on deposit in the amount of $400,000.00, made payable to "Killeen & Stern, P.C.," Tax ID No. 83-0354773 and mailed to Robert J. Killeen, Esq., Killeen & Stern, P.C., 1811 Bering Drive, Suite 120, Houston, Texas 77057; and it is further

ORDERED that the Clerk of Court is directed to maintain the remaining funds totaling $850,000.00, plus any accrued interest, in the Court Registry Investment System in an account bearing interest as continued substitute security in this matter pending further order of the court.

SIGNED at Beaumont, Texas, this 31st day of May, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE