| | | | |
|---|---|---|---|
| GBSM Service and Management, LLC | GM13254 | $75,000.00 | 01/13/23 |
| GBSM Service and Management, LLC | GM13261 | $150,383.21 | 01/22/23 |
| Bludworth Marine, LLC | 12328 | $9,356.99 | 02/10/23 |
| Bludworth Marine, LLC | 12327 | $5,494.07 | 02/10/23 |

Bills that need to be paid:

Ex. A.

| Vendor | Amount Due | Due Date | Approval Status | Invoice # |
| --- | --- | --- | --- | --- |

*Only showing the first 50 rows*



10

RCM000408



| Total: | |
| --- | --- |

Choose how to use these files, which are in your Inbox:

| File | Added by | Pages |
| --- | --- | --- |
| 342907.pdf | Richard Pappas | 2 |
| Electronic_Payment_Info._Request_Form_3.29.23.pdf | Richard Pappas | 1 |
| SalesOrderConfirmation_1037-FL38286.pdf | mllafemina@rcmaritime.com | 2 |

To take action, sign in to your BILL account. While signed in, you can contact support if you have questions.

Thank you,
The BILL Team

Get our mobile app - Approve, pay, or deny bills with a swipe

For your security, double check all email links before clicking them to make sure they're safe. Our links always start with https://app02.us.bill.com, http://www.bill.com or http://www.cashflow.bill.com. Be cautious when sharing your information by email or phone.

Please don't reply to this automated email.