## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

|  |  |
|---|---|
| **GBSM SERVICE AND MANAGEMENT LLC** and **BLUDWORTH MARINE LLC,**<br><div align="right">**Plaintiffs,**</div><br>vs.<br>**RCM 245, her tackle, furniture, apparel, appurtenance, etc.,** *in rem*; **TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc.,** *in rem;* and **ROSE CAY MARITIME, LLC,** *in personam,*<br><div align="right">**Defendants.**</div> | **NO. 1:23-CV-00190-MAC ADMIRALTY** |

## ORDER

After considering Plaintiff, GBSM Service and Management LLC's Motion to Compel, the response and the argument of counsel, the Court:

GRANTS the motion.

SIGNED on _____ 2024.


<div align="right">_____<br>U.S. DISTRICT JUDGE</div>

APPROVED & ENTRY REQUESTED:

_____
Robert J. Killeen Jr