UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RCM 245, her tackle, furniture, apparel, appurtenance, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem;* and ROSE CAY MARITIME, LLC, *in personam,*<br><br>Defendants. | NO. 1:23-CV-00190-MAC<br><br>ADMIRALTY |

**COMPLAINANTS' REPLY TO RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND RESPONSE TO CROSS-MOTION TO COMPEL DEPOSITION**

**TO THE HONORABLE JUDGE OF THIS COURT:**

NOW INTO COURT, through undersigned counsel, come Complainants, GBSM Service and Management LLC ("GBSM") and Bludworth Marine LLC ("Bludworth") [collectively "Complainants"] and reply to Response in Opposition to Plaintiffs' Motion to Compel and Response to Cross-Moton to Compel Deposition.

1. Complainants seized RCM 245 and Tug Rebekah Rose on May 16, 2023.

1

2. On May 17, 2023, defendants deposited $1,250,000.00 in the Court Registry.

3. Complainant, GBSM has propounded requests for production to Rose Cay Maritime on three separate occasions: a) August 17, 2023; b) February 14, 2024; and c) May 24, 2024.

4. On June 24, 2024, Rose Cay Maritime responded as follows regarding the deliberate withholding of their internal billing records since the inception of the litigation:

> **REQUEST FOR PRODUCTION NO 6:** All documentation from RCM's billing program indicating reviews, approvals and/or rejections of all GBSM invoices submitted during 2023.
> **RESPONSE:** Defendant is procuring copies of the internal Bill.com system and will supplement this response with copies of same.

5. Approximately six ("6") weeks later, after being threatened with a sanction letter, the bill.com billing records have **not** been produced by Rose Cay Maritime.

6. It is believed these documents are being deliberately withheld because they demonstrate multiple individuals employed by Rose Cay Maritime approved GBSM's invoices.[1]

7. Exhibit A is comprised of documents from Rose Cay Maritime's bill.com billing system. None of these documents have been produced and these were

---

[1] Ex. A.

first requested on August 17, 2023.

8. The following statement, made by defendant's counsel is simply not accurate:

    "[o]ur client has stated that **they do not have any further documentation responsive to the requests for bill.com discovery**."

9. Upon being informed on July 9, 2024, that the bill.com data would not be printed out and provided, it became self-evident that a motion would be necessary.[2]

10. In so far as defendant's motion to compel, it is a deflection as the depositions of Ms. Snowgrass and Mr. Oscar Balderas were agreed to by counsel.[3]

11. For the reasons expressed above, Complainant asks the Court to grant its motion to compel and order defendant, Rose Cay Maritime to produce all bill.com records regarding GBSM.

---

[2] Ex. B.

[3] Ex. C.

Respectfully submitted,

**KILLEEN & STERN, PC**

*/s/ Robert J. Killeen Jr.*
Robert J. Killeen, Jr.
Texas Bar No. 11407000
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Telephone: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANT**

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 8th day of August 2024, that the foregoing pleading was filed with the Clerk of Court and served to all known parties by using the Court's CM/ECF system.

*/s/Robert J. Killeen Jr.*
Robert J. Killeen Jr