

JAN 22 **GBSM Service and Manage..**

GM13261 · RCM 245 - Vessel Repair

APPROVING



EXHIBIT A

JAN 21 **Hiller Companies**

389543 · RCM 270 - Fire Extinguisher

3



## Bill Details

You approved this bill on 02/09/2023, 3:03 pm

OVERDUE   APPROVING



## GBSM Service and Management, L...

| | |
|---|---|
| INVOICE # | GM13254 |
| INVOICE DATE | 01/13/2023 |
| DUE DATE | 01/13/2023 |
| AMOUNT | USD 75,000.00 |



GBSM Service and Management, LLC
14303 Hartshill Drive
Houston, TX 77044

### Invoice

| Date | Invoice # |
|---|---|
| 1/13/2023 | GM13254 |

**Bill To**

Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms |
|---|---|
| RCM245 | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Original Quote: Included labor and equipment for 8 hrs of truck transport, load, and unload operations. Breakdown of actual job to date below: January 9, 2023 GBSM Personnel - 1 (Project inspection and setup) Trucks (Urgent Request) - 2 (Double Heart, Greyhound) Trailer Wash/ Clean Cart Requested for trucks - 2 Additional Pump to assist with loading - 1 Full Day on site (8 am - 7 pm)  Day 1 - Received a call on Sunday, January 8, 2023 at 0800 to provide transfer service for remaining product on RMC 245, imperative, time is of the essence and operation must begin 1st thing on the 9th. Removal of 13,000 gallons of jet fuel and transport to | 75,000.00 | 75,000.00 |

5



# Bill Details

INVOICE DATE

DUE DATE

AMOUNT

RCM 245 - Vessel Repair

Show last 5 bills

EXPENSES

PETITIONERS 001221



# Bill Details

You approved this bill on 02/05/2023, 7:39 pm

OVERDUE    APPROVING

## GBSM Service and Management, L...

| | |
|---|---|
| INVOICE # | GM13261 |
| INVOICE DATE | 01/22/2023 |
| DUE DATE | 01/22/2023 |
| AMOUNT | USD 150,383.21 |



GBSM Service and Management, LLC
14303 Hartshill Drive
Houston, TX 77044

### Invoice

| Date | Invoice # |
|---|---|
| 1/22/2023 | GM13261 |

**Bill To**
Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE. 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| RCM 245 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Final Bill RCM 245 (Vessel Repair) | | |
| 1 | Removal of Slops and water from RCM 245 Jan 14-22 | 130,658.53 | 130,658.53 |
| | Provide 70 BBL Super Vac operator and hoses for 210.75 hrs provide 130 vac truck plus driver and hoses for 20 hrs. Provide disposal for 16960 gal slops, 4200 gal required recycling to avoid hazardous disposal charges for benzene and flash. Provide labor, equipment, logistic support, trucking, coordinating, scheduling, insurance and management for entire project. | | |
| | This project required the 70 bbl super vac and operator on-site 24x7 for the entire project. this included maintaining operators oversight with special logistics support to | | |

9



**Bill Details**

DUE DATE

AMOUNT

RCM 245 - Vessel Repair

Show last 5 bills

EXPENSES



# Bill Details

78+

3

You approved this bill on 02/05/2023, 7:39 pm

OVERDUE    APPROVING

## GBSM Service and Management, L...

| | |
|---|---|
| INVOICE # | GM13261 |
| INVOICE DATE | 01/22/2023 |
| DUE DATE | 01/22/2023 |
| AMOUNT | USD 150,383.21 |

GBSM Service and Management, LLC
14303 Hartshill Drive
Houston, TX 77044

## Invoice

| Date | Invoice # |
|---|---|
| 1/22/2023 | GM13261 |

**Bill To**
Rose Cay Maritime, RCM
1321 UPLAND DRIVE, STE 20183
HOUSTON, TX 77043

| P.O. No. | Terms | Project |
|---|---|---|
| RCM 215 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Final Bill RCM 215 (Vessel Repair) | | |
| 1 | Removal of Slops and water from RCM 215 Jan 14-22 | 130,658.53 | 130,658.53 |
| | Provide 70 BBL Super Vac operator and hoses for 210.75 hrs | | |
| | provide 130 vac truck plus driver and hoses for 80 hrs. | | |
| | Provide disposal for 36960 gal slops, 4200 gal required recycling to avoid hazardous | | |
| | disposal charges for benzene and flash. | | |
| | Provide labor, equipment, logistic support, trucking, coordinating, scheduling, | | |
| | insurance and management for entire project. | | |
| | | | |
| | This project required the 70 bbl super vac and operator on-site 24x7 for the entire | | |
| | project...this included maintaining operators overnight with special logistics support to | | |

13

PETITIONERS 001224