**Robert Killeen**

| | |
|---|---|
| **From:** | Briton Sparkman <bsparkman@chaloslaw.com> |
| **Sent:** | Tuesday, July 9, 2024 5:45 PM |
| **To:** | Robert Killeen |
| **Cc:** | George Chalos; Barbara Jackson |
| **Subject:** | RE: 23-cv-190-MAC - Agreement re Depositions |

Thank you.

-BPS

**CHALOS & Co, P.C. - International Law Firm**
New York | Houston | Athens | Cyprus

Dir: + 1 713 574 9454
Fax: + 1 866 702 4577
Email: bsparkman@chaloslaw.com

Please visit our website at: www.chaloslaw.com

---

**From:** Robert Killeen <rkilleen@killeen-law.com>
**Sent:** Tuesday, July 9, 2024 5:19 PM
**To:** Briton Sparkman <bsparkman@chaloslaw.com>
**Cc:** George Chalos <gmc@chaloslaw.com>; Barbara Jackson <bjackson@killeen-law.com>
**Subject:** Re: 23-cv-190-MAC - Agreement re Depositions

Briton-
Confirmed. Thanks.
R

Robert J. Killeen Jr.
Killeen & Stern
1811 Bearing Dr.
Suite 120
Houston, Texas 77057
O: (713)626-5100
D: (713)980-8123
C: (713)539-4554
RKilleen@killeen-law.com
www.Killeen-Law.com

---

**From:** Briton Sparkman <bsparkman@chaloslaw.com>
**Sent:** Tuesday, July 9, 2024 12:13:49 PM
**To:** Robert Killeen <rkilleen@killeen-law.com>
**Cc:** George Chalos <gmc@chaloslaw.com>
**Subject:** 23-cv-190-MAC - Agreement re Depositions

Hi Robert –



EXHIBIT C

Confirming our telephone call. Pleased to confirm to the following:

1. The notice of deposition for Oscar Balderas for July 9, 2024 at 6:30 PM is adjourned;
2. The Parties will seek dates of availability for Mr. Balderas to reach a mutually agreeable date;
3. Plaintiff will provide dates of availability for Ms. Snorgrass for mutually agreeable date; and
4. The Parties agree that the depositions of Mr. Balderas and Ms. Snorgrass can be taken outside of discovery deadline and will make any necessary stipulation or motion to the Court confirming the agreement and understanding, if necessary.

Please confirm by return email. If there is anything else we need to consider, please let me know asap.

Brgds/Briton P. Sparkman

**CHALOS & Co, P.C. - International Law Firm**
New York | Houston | Athens | Cyprus

Dir: + 1 713 574 9454
Fax: + 1 866 702 4577
Email: bsparkman@chaloslaw.com

Please visit our website at: www.chaloslaw.com