UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RCM 245, her tackle, furniture, apparel, appurtenance, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem;* and ROSE CAY MARITIME, LLC, *in personam,*<br><br>Defendants. | NO. 1:23-CV-00190-MAC<br><br>ADMIRALTY |

### COMPLAINANT'S RESPONSE TO DEFENDANTS' MOTION TO REDUCE SECURITY PURSUANT TO RULE E(6)

**TO THE HONORABLE JUDGE OF THIS COURT:**

NOW INTO COURT, through undersigned counsel, comes Complainant, GBSM Service and Management LLC ("GBSM") and responds to Defendants' Motion to Reduce Security Pursuant to Rule E(6).

1. On May 18, 2023, Magistrate Zac Hawthorn issued a warrant for the arrests of the Tug Rebekah Rose, IMO No. 9170688 and RCM 245, Official United

1

States Number1050073.[1]

2. Rather than put forward insurance or a secured bond, Rose Cay Maritime, LLC decided to put cash as a bond into the Court's Registry.

3. Now that one of the two Complainants settled, inaccurate representations are being made to the Court in an attempt to reduce the cash bond.

4. GBSM's claim is for $421,586.03, interest, court costs **and attorney's fees** pursuant to GBSM's amended complaint and pendant jurisdiction. In the amended complaint, the following is alleged *inter alia*:

   > Concurrently, Complainants proceed against defendants pursuant to Texas Suit on Account, *Tex. R. Civ. P*. 185, for which this court has jurisdiction, as "...founded on business dealings between the parties, or…for personal service rendered, or labor done or labor or materials furnished, on which systematic record has been kept…" through its pendant jurisdiction.[2]

5. Predicated upon RCM's CEO's comments to a Complainant principle after RCM's vessels were seized, we expect this matter to be tried. The CEO of RCM, Mr. Alex Parker stated that complainants "would spend so much in collections efforts, [they] would never come out ahead". Therefore, we expect GBSM's legal fees to exceed $300,000.00 through the remainder of this litigation and trial.

6. It is undisputed that GBSM provided services to the vessels, primarily the

---

[1] Doc. 12.

[2] Doc. 32.

RCM 245, every day for more than a month, and has never been offered nor paid a penny.

7. It is expected that GBSM's claim, interest, court costs and attorney's fees should approach $800,000.00, due in significant part to Mr. Parker's litigation approach against GBSM, and previously, Bludworth Marine, LLC. Although this is his prerogative, reducing security now to an insufficient monetary amount would penalize GBSM and leave it potentially without any monetary recourse to make it whole.

8. For the reasons expressed above, Complainant, GBSM, asks the Court to deny Defendants' Motion to Reduce Security Pursuant to Rule E (6).

Respectfully submitted,

**KILLEEN & STERN, PC**

*/s/ Robert J. Killeen Jr.*
Robert J. Killeen, Jr.
Texas Bar No. 11407000
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Telephone: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANT**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 12th day of August 2024, that the foregoing pleading was filed with the Clerk of Court and served to all known parties by using the Court's CM/ECF system.

*/s/Robert J. Killeen Jr.*
Robert J. Killeen Jr