**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

GBSM SERVICE AND MANAGEMENT
LLC, BLUDWORTH MARINE LLC,

          Plaintiffs,

v.

ROSE CAY MARITIME, LLC, IN
PERSONAM; RCM 245, HER TACKLE,
FURNITURE, APPAREL,
APPURTENANCES ETC IN REM; AND
TUG REBEKAH ROSE, HER TACKLE,
FURNITURE, APPAREL,
APPURTENANCES, ETC. IN REM;

          Defendants.

NO.  1:23-CV-00190-MAC

<u>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND DENYING AS MOOT**</u>
<u>**PLAINTIFF'S MOTION TO REDUCE SECURITY**</u>

      This case is assigned to the Honorable Marcia A. Crone, United States District Judge.  On

August 13, 2024, Judge Crone referred this case to the undersigned United States Magistrate Judge

for pre-trial management.  Doc. No. 54.  On July 12, 2024, Plaintiff filed a *Motion to Compel*.

Doc. No. 48.  On July 26, 2024, Plaintiff filed a *Motion to Reduce Security*.  Doc. No. 50.

Defendant filed a response to each motion.  Doc. Nos. 49, 53.  Plaintiff filed a reply to Defendant's

*Response in Opposition to Plaintiff's Motion to Compel*.  Doc. No. 52.

      On September 10, 2024, the undersigned held a hearing on Plaintiff's motions.  During the

hearing, the undersigned ruled on Plaintiff's motions from the bench.  This ruling is enforceable.

*See Ueckert v. Guerra*, 38 F.4th 446, 449 (5th Cir. 2022) (noting that federal courts "may choose

to rule from the bench") (collecting cases).

      For the reasons discussed at the September 10 hearing before the undersigned, Plaintiff's

*Motion to Reduce Security* (Doc. No. 50) is **DENIED AS MOOT**.  Plaintiff's *Motion to Compel*

(Doc. No. 48) is **GRANTED** with respect to Plaintiff's request for (1) more documents[1] and (2) unredacted documents.[2]   Accordingly, Defendant is **ORDERED** to provide full and complete responses to Plaintiff's requests by **Tuesday, September 24, 2024**.

      SIGNED this 16th day of September, 2024.

                              _____

                              Zack Hawthorn
                              United States Magistrate Judge

---

[1] At the hearing, Plaintiff requested that Defendant "produce all documents, Bill.com or otherwise, of individuals who viewed, reviewed, analyzed, and/or commented on GBSM Service and Management LLC's submitted invoices regarding the RCM 245."

[2] Plaintiff requested unredacted versions of the documents labelled RCM000406–409. The unredacted versions must be filed under seal if attached to other court filings and cannot be disseminated to third parties.