IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT LLC, BLUDWORTH MARINE LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROSE CAY MARITIME, LLC, IN PERSONAM; RCM 245, HER TACKLE, FURNITURE, APPAREL, APPURTENANCES ETC IN REM; AND TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCES, ETC. IN REM;<br><br>　　　　Defendants. | NO.  1:23-CV-00190-MAC-ZJH |

## ORDER TO DISBURSE FUNDS

This case is assigned to the Honorable Marcia A. Crone, United States District Judge. On August 13, 2024, Judge Crone referred this case to the undersigned United States Magistrate Judge for pre-trial management. Doc. No. 54. On September 10, 2024, the undersigned held a hearing on Defendant's *Motion to Reduce Security* (Doc. No. 50). At the hearing, the parties agreed to resolve this motion. On September 16, 2024, the undersigned denied defendant's motion as moot, following the parties' agreement. Doc. No. 56. Now, the undersigned directs the following partial disbursement of funds from the court's registry.

Therefore, it is ORDERED that the Clerk of the Court is authorized and directed to draw a check on the funds on deposit in the amount of $275,000.00, plus any accrued interest, made payable to "Chalos & Co, P.C.," Tax ID No. 26-2315128 and mailed to George M. Chalos, Esq., Chalos & Co, P.C., 7210 Tickner Street, Houston, Texas 77055.

It is further ORDERED that the Clerk of Court is directed to maintain the remaining funds totaling $575,000.00 in the Court Registry Investment System, in an account bearing interest, as continued substitute security in this matter pending further orders.

SIGNED this 25th day of September, 2024.

_____
Zack Hawthorn
United States Magistrate Judge