**UNITED STATES DISCTRICT COURT \*\*\*\*\*\*\*\*\*\*\*\*\* EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION**

| | | |
|---|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC<br><br>　　Complainants,<br><br>v.<br><br>ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*<br><br>　　Claimants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:23-CV-00190-MAC-ZJH<br><br><br><br><br><br>EXHIBIT LIST OF <u>CLOMPLAINANTS</u><br>DATE SUBMITTED: __12/05/2024___ |

| PRESIDING JUDGE<br>Marcia A. Crone | PLAINTIFF'S COUNSEL<br>Robert J. Killeen Jr. | DEFENDANT'S COUNSEL<br>George Michael Chalos; Christopher Boyd; and Briton Paul Sparkman |
|---|---|---|
| JURY/ NON-JURY TRIAL | COURT REPORTER<br>Ruth Weiss | COURTROOM DEPUTY<br>Julia Colyer |

| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1 | | | | Petitioners 1-5 (GM13254) |
| 2 | | | | Petitioners 6-10 (GM13261) |
| 3 | | | | Petitioners 11-18 (GM13263) |
| 4 | | | | Petitioners 20 (Bludworth Statement 4/19/2023) |
| 5 | | | | Petitioners 21-27 (Bludworth Statement 2/13/2023) |
| 6 | | | | Petitioners 083 |
| 7 | | | | Petitioners 119 |
| 8 | | | | Petitioners 139 |
| 9 | | | | Petitioners 150 |
| 10 | | | | Petitioners 154 |

17

EXHIBIT LIST (Continued)

| CASE STYLE: GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC v. ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*. | CIVIL ACTION NO. 1:23-CV-00190-MAC-ZJH |
|---|---|

| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 11 | | | | Petitioners160 |
| 12 | | | | Petitioners 162 |
| 13 | | | | Petitioners 174 |
| 14 | | | | Petitioners 344-345 |
| 15 | | | | Petitioners 346 |
| 16 | | | | Petitioners 348-349 |
| 17 | | | | RCM 482 (RCM ex. 19) |
| 18 | | | | RCM 489 (RCM ex. 20) |
| 19 | | | | RCM 696 (RCM ex. 21) |
| 20 | | | | RCM 71 (RCM ex. 22) |
| 21 | | | | RCM 68-50 (RCM ex. 23) |
| 22 | | | | RCM 405-409 |
| 23 | | | | RCM 608 (RCM ex. 26) |
| 24 | | | | RCM 601 (RCM ex. 25) |
| 25 | | | | RCM 662 (RCM ex. 27) |
| 26 | | | | RCM 610-611 (RCM ex. 29) |
| 27 | | | | RCM 398 (RCM ex. 31) |
| 28 | | | | RCM 77-78 (RCM ex. 6) |
| 29 | | | | RCM 82-83 |
| 30 | | | | RCM 135-140 |
| 31 | | | | RCM 604 |
| 32 | | | | RCM 690-692 |
| 33 | | | | RCM 693 (RCM ex. 7) |
| 34 | | | | RCM 696 |
| 35 | | | | RCM 722-723 (RCM ex. 3; Balderas ex. 4) |

18

EXHIBIT LIST (Continued)

| CASE STYLE:<br>GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC<br>v.<br>ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*. | CIVIL ACTION NO.<br>1:23-CV-00190-MAC-ZJH |
|---|---|

| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 36 | | | | RCM 753 (RCM ex.1; Balderas ex. 1) |
| 37 | | | | RCM 755 (RCM ex. 2) |
| 38 | | | | RCM 1141 |
| 39 | | | | RCM 1225 |
| 40 | | | | RCM 1382 |
| 41 | | | | RCM 928 |
| 42 | | | | RCM 1689 |
| 43 | | | | Durio CV |
| 44 | | | | RCM 77-78 (No POs; offset) |
| 45 | | | | RCM 82 (RCM ex. 30) |
| 46 | | | | RCM 106-107 (direct communication) |
| 47 | | | | RCM 243-244 (New Vendor) |
| 48 | | | | RCM 576 (still sorting through getting off) |
| 49 | | | | RCM 601 (approval-proceed with necessary repairs) |
| 50 | | | | RCM 688-689. (RCM ex. 18) |
| 51 | | | | RCM 950 (Jan 21 invoice) |
| 52 | | | | RCM 1223-1225 (RCM ex. 14) |
| 53 | | | | RCM 1230 (RCM ex. 13) |
| 54 | | | | RCM 1242 (everything) |
| 55 | | | | RCM 1259-1262 (RCM ex. 8) |
| 56 | | | | RCM 1381 (New truck) |
| 57 | | | | RCM 1382 (Impressive work) |
| 58 | | | | RCM 1676 (wire set ups) |
| 59 | | | | RCM 1693-1710 (3 GBSM invoices) |
| 60 | | | | RCM 1752-1753 (Pady meeting) |

19

EXHIBIT LIST (Continued)

| CASE STYLE:<br>GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC<br>v.<br>ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*. | CIVIL ACTION NO.<br>1:23-CV-00190-MAC-ZJH |
|---|---|

| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 61 | | | | RCM 1756 (Prive within reason) |
| 62 | | | | RCM 2019 (Change in cost) |
| 63 | | | | RCM 2020 (Trucks but problem pumping) |
| 64 | | | | RCM 2033-2053 (Text messages) |
| 65 | | | | RCM 75 (POs) |
| 66 | | | | RCM 20-22 (no need to reach out) |
| 67 | | | | RCM 60 (RCM ex 25) |
| 68 | | | | RCM 82 (RCM ex.30) |
| 69 | | | | RCM 441 (scope) |
| 70 | | | | Bowman ex. 26 |
| 71 | | | | RCM 376 (Bowman ex. 30) |
| 72 | | | | RCM 386 (Bowman ex. 31) |
| 73 | | | | RCM 331 (Bowman ex. 33) |
| 74 | | | | RCM 598 (Balderas ex. 3) |
| 75 | | | | Petitioners 1225-1232 (Balderas ex. 5) |
| 76 | | | | Petitioners 1255 (Balderas ex. 6) |
| 77 | | | | RCM 724 (Balderas ex. 7) |
| 78 | | | | RCM 2090 (Balderas ex. 9) |
| 79 | | | | Balderas ex. 11 |
| 80 | | | | Killeen Legal Invoices |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**UNITED STATES DISCTRICT COURT ************* EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION**

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC<br><br>     Complainants,<br><br>v.<br><br>ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*<br><br>     Claimants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:23-CV-00190-MAC-ZJH<br><br><br><br>WITNESS LIST OF <u>CLOMPLAINANTS</u><br>DATE SUBMITTED: 12/05/2024 |

| PRESIDING JUDGE<br>Marcia A. Crone | PLAINTIFF'S COUNSEL<br>Robert J. Killeen Jr. | DEFENDANT'S COUNSEL<br>George Michael Chalos; Christopher Boyd; and Briton Paul Sparkman |
|---|---|---|
| JURY/ NON-JURY TRIAL | COURT REPORTER<br>Ruth Weiss | COURTROOM DEPUTY<br>Julia Colyer |

| NO. | WITNESS NAME | WITNESS ADDRESS (Including City of Residence and Telephone Number) | DESCRIPTION OF WITNESS TESTIMONY (Including estimated time for his or her examination) |
|---|---|---|---|
| 1 | Mr. Greg Bowman<br>GBSM-Principal<br>c/o Killeen & Associates | 1811 Bering Drive, Ste. 120<br>Houston, TX 77057 | Mr. Bowman will testify about his company, all aspects of services and work rendered to RCM regarding the RCM 245 and collection efforts.<br>Estimated 1.5 - 2 hours of testimony. |
| 2 | Ms. Shauni Snorgrass<br>GBSM-Project Manager<br>c/o Killeen & Associates | 1811 Bering Drive, Ste. 120<br>Houston, TX 77057 | Ms. Snorgrass will testify about the RCM 245 project, all her interactions with RCM personnel and GBSM's billing and collection efforts.<br>Estimated 45 - 60 minutes of testimony. |
| 3 | Mr. Richard Bludworth<br>Bludworth Marine – Owner | 6200 Harborside Drive<br>Galveston, Texas 77554 | Mr. Budworth will testify regarding the RCM 245 project, their billing, collection efforts and conversations with RCM personnel including but not limited to Mr. Alex Parker.<br>Estimated 1 hour of testimony. |

WITNESS LIST (Continued)

| | | | CIVIL ACTION NO. 1:23-CV-00190-MAC-ZJH |
|---|---|---|---|
| *CASE STYLE:*<br>GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC<br>v.<br>ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*. | | | |

| NO. | WITNESS NAME | WITNESS ADDRESS (Including City of Residence and Telephone Number) | DESCRIPTION OF WITNESS TESTIMONY (Including estimated time for his or her examination) |
|---|---|---|---|
| 4 | Mr. Oscar Balderas<br>Former RCM Port Engineer | 2734 Meadow Tree Lane Spring, TX 77388 | Mr. Balderas will testify about his role as RCM Port Engineer overseeing the repairs performed and services rendered to the RCM 245 while she was in Galveston from January 4, 2023, to February 9, 2023. His testimony shall specifically include his hiring GBSM, the work GBSM performed at his direction and his approval of all GBSM's invoices. Estimated 1 - 1.5 hours of testimony. |
| 5 | Mr. Cade Durio<br>Regional Vice President for VLS Environmental Solutions | 8700 Old Yacht Club Road Port Arthur, Texas 77642 | Mr. Durio is GBSM's retained expert and shall testify in accordance with his March 28, 2024, report. His testimony shall include that with the nature of this project and performing projects similar in nature, GBMS was more than fair in their charges. More so he believes that the charges were below industry standards.<br>Estimated 1 - 1.5 hours of testimony. |
| 6 | Mr. Robert J. Killeen, Jr.<br>Killeen & Associates | 1811 Bering Drive, Ste. 120 Houston, TX 77057 | Mr. Killeen, a licensed attorney for 37 years, shall testify that the legal fees incurred by GBSM and Mr. Bowman in any effort to collect all the money owed, of which none has been paid, were fair, reasonable, and actually offset. Mr. Killeen will also testify that these legal fees meet the requirements of the eight *Arthur Anderson* factors.<br>Estimated 30 minutes or by affidavit. |
| 7 | Mr. Cody Boone<br>GBSM Director of Field Operations<br>c/o Killeen & Associates | 1811 Bering Drive, Ste. 120 Houston, TX 77057 | Mr. Boone may testify regarding GBSM's services rendered to RCM regarding the RCM 245 in January and February 2023. Estimated |
| 8 | Mr. Terrance Hickey<br>Former RCM Employee or Consultant | Unknown | He may testify to facts surrounding the work performed on the RCM 245 in Galveston in nonpayment. |

WITNESS LIST (Continued)

| | | | CIVIL ACTION NO. |
|---|---|---|---|
| CASE STYLE: <br> GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC <br> v. <br> ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*. | | | 1:23-CV-00190-MAC-ZJH |

| NO. | WITNESS NAME | WITNESS ADDRESS (Including City of Residence and Telephone Number) | DESCRIPTION OF WITNESS TESTIMONY (Including estimated time for his or her examination) |
|---|---|---|---|
| 9 | Jasper Wilson | 1321 Upland Drive, Ste. 20183 Houston, TX, 77043 (833) 767-3282 | Vice President of RCM and corporate representative for Defendants. Testimony topics will include engagement of GBSM to remove cargo, slops, and water from the barge; the RCM approval process for bids, quotes, and contracted work; and the failures by GBSM to perform in a professional manner and pursuant to industry custom. Moreover, Mr. Wilson will provide testimony that the only portion of the job which was "rush" was the removal of the cargo, which was completed within the first week. The remaining work performed by GBSM was not emergency or rush. Mr. Wilson will also testify on the RCM process for approval of work and invoices for payment and that none of the GBSM invoices were ever approved by management. Finally, Mr. Wilson will testify that it was RCM's belief and expectation that the total price for the work performed was capped at $150,000. <br> Estimated 1 - 1.5 hours of testimony. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |