**UNITED STATES DISTRICT COURT**                    **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| GBSM Service & Management, LLC | § |
| _____ | § |
| | § |
| *versus* | § |
| | § |
| RCM 245, in rem, et al. | § |
| _____ | § |

CIVIL ACTION NO. 1:23-CV-190-MAC

WITNESS LIST OF DEFENDANTS
DATE SUBMITTED: 12/05/24

| PRESIDING JUDGE<br>Marcia A. Crone | PLAINTIFF'S COUNSEL<br>Robert Killeen | DEFENDANT'S COUNSEL<br>Briton P. Sparkman<br>George M. Chalos |
|---|---|---|
| NON-JURY TRIAL | COURT REPORTER | COURTROOM DEPUTY<br>Julia Colyer |

| NO. | WITNESS NAME | WITNESS ADDRESS (Including City of Residence and Telephone Number) | DESCRIPTION OF WITNESS TESTIMONY (Including estimated time for his or her examination) |
|---|---|---|---|
| 1 | Greg Bowman | 14303 Harshill Dr, Houston, TX 77044, (832)-389-9736 | Plaintiff's claims for damages for alleged work performed to remove cargo, slops, and water from RCM 245 during the period of January 9 – February 9, 2023. Estimated 2-3 hours of testimony. |
| 2 | Shauni Snorgrass | 14303 Harshill Dr, Houston, TX 77044, (832)-389-9736 | Plaintiff's account receivables and account payables on the RCM 245 project; Plaintiff's invoicing for the project and subsequent claims for damages for alleged work performed to remove cargo, slops, and water from RCM 245 during the period of January 9 – February 9, 2023. Estimated 60 – 90 minutes of testimony. |
| 3 | Richard Bludworth | 3502 Broadway, Houston, TX 77017, (713) 644-1595 | Owner of Bludworth Marine LLC. Mr. Bludworth may be called to testify regarding the overall scope of the RCM 245 project, the method and mechanism for bidding work and receiving approvals on the project, and the fraudulent charges on the Bludworth credit card used by Oscar Balderas. Estimated 30 – 60 minutes of testimony. |
| 4 | Oscar Balderas | 2734 Meadow Tree Lane Spring, TX 77388 (832) 544-7919 | Former employee of RCM and port engineer that worked on the RCM 245 project. May be called to testify regarding the scope of work that GBSM was engaged to perform on the RCM 245 as well as the limits of his authority on behalf of RCM. Estimated 1 – 2 hours of testimony. |

WITNESS LIST (Continued)

| CASE STYLE: GBSM v. RCM 245, et al. | CASE NO. 1:23-cv-190-MAC |
|---|---|

| NO. | WITNESS NAME | WITNESS ADDRESS (Including City of Residence and Telephone Number) | DESCRIPTION OF WITNESS TESTIMONY (Including estimated time for his or her examination) |
|---|---|---|---|
| 5 | Jasper Wilson | 1321 Upland Drive, Ste. 20183 Houston, TX, 77043 (833) 767-3282 | Vice President of RCM and corporate representative for Defendants. Testimony topics will include engagement of GBSM to remove cargo, slops, and water from the barge; the RCM approval process for bids, quotes, and contracted work; and the failures by GBSM to perform in a professional manner and pursuant to industry custom. Moreover, Mr. Wilson will provide testimony that the only portion of the job which was "rush" was the removal of the cargo, which was completed within the first week. The remaining work performed by GBSM was not emergency or rush. Mr. Wilson will also testify on the RCM process for approval of work and invoices for payment and that none of the GBSM invoices were ever approved by management. Finally, Mr. Wilson will testify that it was RCM's belief and expectation that the total price for the work performed was capped at $150,000. Estimated 1.5 – 2 hours of testimony. |
| 6 | Antonis Panagiotareas | Oceanus Maritime Services LLC, 341 Columbia Memorial Pkwy, Suite A, Kemah, TX 77565 (281) 957-7870 | Defendants' retained expert. Mr. Panagiotareas' qualifications and education, training, and experience are set out in detail in his curriculum vitae and his May 10, 2024 expert report. Mr. Panagiotareas will be called to testify at the time of trial in this matter on the opinions and reasons expressed in his report dated May 10, 2024. Specifically that GBSM did not properly manage the RCM 245 project, that there was no reasonable or prudent scheduling of the trucks and services to the vessel by GBSM, and that the alleged charges and mark-ups on the arranged services were excessive, unreasonable, and not within industry custom or norm. Mr. Panagiotareas' testimony, opinions, and conclusions will be based on, inter alia, his background, experience, and training as a licensed vessel engineer and vessel surveyor; his experience working for Owners, Operators, and Technical Managers; his experience in ship management; his experience in shipyard vessel repair and coordinating vendors and third-party service providers. Estimated 1-2 hours of testimony. |

**UNITED STATES DISTRICT COURT**                    **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| GBSM Service and Management, LLC | § |
| _____ | § |
| | § |
| *Versus* | § CIVIL ACTION NO. 1:23-CV-190-MAC |
| | § |
| RCM 245, in rem, et al. | § |
| _____ | § EXHIBIT LIST OF DEFENDANTS |
| | § DATE SUBMITTED:  12/05/2024 |

| PRESIDING JUDGE<br>Marcia A. Crone | PLAINTIFF'S COUNSEL<br>Robert Killeen | DEFENDANT'S COUNSEL<br>Briton P. Sparkman<br>George M. Chalos |
|---|---|---|
| Non-Jury Trial | COURT REPORTER | COURTROOM DEPUTY<br>Julia Colyer |

| Defendant NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1 | | | | Invoice GM 13254 (**Bates No.: Petitioners – 00001-00005**) |
| 2 | | | | Invoice GM 13261 (**Bates No.: Petitioners – 00006-00010**) |
| 3 | | | | Invoice GM 13263 (**Bates No.: Petitioners – 00011-00018**) |
| 4 | | | | Invoice GM 13268 (**Bates No.: Petitioners – 00019**) |
| 5 | | | | GBSM Vendor Invoices – S. Snorgrass Depo Ex. 19<br>**Bates No.: Petitioners 000631** |
| 6 | | | | GBSM Estimate Worksheet – S. Snorgrass Depo Ex. 20<br>**Bates No.: Petitioners 000514** |
| 7 | | | | GBSM Vendor Invoices – S. Snorgrass Depo Ex. 21 |
| 8 | | | | GBSM Vendor Bill Statements – S. Snorgrass Depo Ex. 22 |
| 9 | | | | GBSM Employee Contact List<br>**Bates No.: Petitioners - 00047** |
| 10 | | | | 01/08/2023 Email from G. Bowman to O. Balderas<br>Subject: MDE Jet Fuel – Price to take product Back to Valero<br>**Bates No.: RCM000092 to RCM000093** |
| 11 | | | | 01/11/2023 Email from GB Sales AP to R. Pappas<br>Subject: GBSM New Customer Form<br>**Bates No.: RCM000082 to RCM000084, RCM000516** |
| 12 | | | | 01/09/2023 Email from GB Sales AP to R. Pappas<br>Subject: GBSM New Customer Form + attachment<br>**Bates No.: RCM000085 to RCM000087** |
| 13 | | | | New Vendor Registration / Electronic Payment Information Request Form, signed 01/09/2023<br>**Bates No.: RCM000243 to RCM000244** |

EXHIBIT LIST (Continued)

| CASE STYLE: | | | | CASE NO. |
|---|---|---|---|---|
| GBSM v. RCM 245, et al., | | | | 1:23-cv-190-MAC |

| Defendant NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 14 | | | | 02/02/2023 Email from S. Snorgrass to C. Lombardo, M. LaFemina, R. Pappas, and A. Schneiderman<br>Subject: GBSM Invoice GM13254 ($75,000) + attachment<br>**Bates No.: RCM000070, RCM000135 to RCM000140** |
| 15 | | | | 02/08/2023 Email from S. Snorgrass to J. Wilson<br>Subject: More invoices are to follow<br>**Bates No.: RCM000441 to RCM000444** |
| 16 | | | | 02/14/2023 Email from S. Snorgrass to R. Pappas<br>Subject:  GM13254 + attachment (New Banking Conversion Notification)<br>**Bates No.: RCM000041 to RCM000042** |
| 17 | | | | 02/14/2023 Email from S. Snorgrass to J. Wilson and R. Papas<br>Subject: Unauthorized Bank Account Change<br>**Bates No.: RCM000907** |
| 18 | | | | 02/14/2023 Email from S. Snorgrass to R. Pappas<br>Subject: GM13254 – IT issues<br>**Bates No.: Petitioners – 000391 to Petitioners – 000394** |
| 19 | | | | 02/15/2023 Email from S. Snorgrass to Rosenbaum, David J., and R. Pappas<br>Subject: Potential Scam – Email accounts migrating to gbsalesllc.net domain<br>**Bates No.: RCM000432 to RCM000433** |
| 20 | | | | 02/16/2023 Email from S. Snorgrass to J. Wilson<br>Subject: Galveston - Invoices<br>**Bates No.: RCM000894 to RCM000895** |
| 21 | | | | 02/16/2023 Email from S. Snorgrass to C. Lombardo, M. LaFemina, R. Pappas, and A. Schneiderman<br>Subject: GBSM Invoice GM13261 ($150,383.21) + attachment<br>**Bates No.: Petitioners – 000301 to Petitioners - 000306** |
| 22 | | | | GBSM Invoice GM13268 (dated 01/23/2023),<br>BPS (dated 01/14/2023),<br>Bill of Lading/Waybill x 5 (dated January 17, 18,19, 20 and 23 of 2023),<br>EcoWorks Intake Tickets x 5 ( No. D52229, D52232, D52258, D52263, D52271<br>**Bates No.: Petitioners – 000409 to Petitioners - 000443** |
| 23 | | | | 02/17/2023 Email from GB Sales AP<br>Subject: New Email Addresses for GB Sales, Consulting,and S/M<br>**Bates No.: 000783** |
| 24 | | | | 02/17/2023 Email from S. Snorgrass to J. Wilson, G. Bowman, C. Boone, T. Hickey, and K. Pady<br>Subject: Galveston – Invoice Discussion<br>**Bates No.: RCM000883 to RCM000886** |

| CASE STYLE: | | | | CASE NO. |
|---|---|---|---|---|
| GBSM v. RCM 245, et al., | | | | 1:23-cv-190-MAC |

| Defendant NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 25 | | | | 02/15/2023 Email from S. Snorgrass to O. Balderas Subject: GBSM Invoice GM13263 ($196,212.84) + attachment **Bates No.: Petitioners – 000263 to Petitioners - 000281** |
| 26 | | | | 02/15/2023 Email from S. Snorgrass to O. Balderas Subject: GBSM Invoice GM13263 + attachment **Bates No.: Petitioners – 000290 to Petitioners - 000300** |
| 27 | | | | 02/16/2023 Email from S. Snorgrass to C. Lombardo, M. LaFemina, R. Pappas, and A. Schneiderman Subject: GBSM Invoice GM13254 + attachment **Bates No.: Petitioners – 000282 to Petitioners - 000287** |
| 28 | | | | 02/27/2023 Email from J. Fine to S. Snorgrass Subject: Call GBSM – Supporting Docs for Invoices **Bates No.: Petitioners – 000373 to Petitioners - 000375** |
| 29 | | | | 02/28/2023 Email from G. Bowman to J. Fine Subject: Call GBSM – No Call happened; Pay Invoices **Bates No.: Petitioners – 000381 to Petitioners - 000385** |
| 30 | | | | 02/28/2023 Email from J. Fine to G. Bowman Subject: Call GBSM – Retort to G. Bowman Invoice/Call Claims **Bates No.: Petitioners – 000376 to Petitioners - 000380** |
| 31 | | | | 03/07/2023 Email from J. Fine to G. Bowman and A. Parker Subject: Call GBSM – Call Request **Bates No.: Petitioners – 000386 to Petitioners - 000387** |
| 32 | | | | 04/04/2023 Email from S. Snorgrass to G. Bowman Subject: GBSM Invoice GM13263 + attachment **Bates No.: Petitioners – 000341** |
| 33 | | | | 04/04/2023 Email from S. Snorgrass to G. Bowman Subject: GBSM Invoice GM13263 **Bates No.: Petitioners – 000331 to Petitioners - 000340** |
| 34 | | | | 04/04/2023 Email from O. Balderas to G. Bowman Subject: Status – New Cell Number **Bates No.: Petitioners - 000404** |
| 35 | | | | Reserved |
| 36 | | | | Reserved |
| 37 | | | | Reserved |
| 38 | | | | Reserved |
| 39 | | | | Reserved |
| 40 | | | | Reserved |
| 41 | | | | Reserved |

| CASE STYLE: | | | | CASE NO. |
|---|---|---|---|---|
| GBSM v. RCM 245, et al., | | | | 1:23-cv-190-MAC |

| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 42 | | | | Reserved |
| 43 | | | | 04/06/2023 Email from R. Bludworth to G. Bowman<br>Subject: Rose Cay Maritime Collections Problems<br>**Bates No.: Petitioners – 000402 to Petitioners - 000402** |
| 44 | | | | Oscar Balderas New Hire Employee Handbook Acknowledgement – O. Balderas Depo Ex.10 |
| 45 | | | | Oscar Balderas Feb. 15, 2023 Termination Letter – O. Balderas Depo Ex. 11 |
| 46 | | | | Antonis Panagiotareas CV |
| 47 | | | | 12/29/2022 Email from C. Wozniak to O. Balderas<br>Subject: Updated RCM 245<br>**Bates No.: RCM000835** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |