IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND ANAGEMENT LLC and BLUDWORTH MARINE LLC.<br> *Plaintiffs*,<br><br>v.<br><br>RCM 245, her tackle, furniture, apparel appurtenances, etc., *in rem*: TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenance, etc., *in rem*; and ROSE CAY MARITIME, LLC., in personam,<br> *Defendants*. | CIVIL NO: 1:23-CV-190 |

## MEDIATOR'S REPORT

In accordance with the court's order, a mediation conference was held on January 13, 2025. The conference resulted in an impasse. All required parties and counsel with appropriate authority to settle were present.

**SIGNED this the 13th day of January, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE