# UNITED STATES DISCTRICT COURT ************* EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC<br><br>     Complainants,<br><br>v.<br><br>ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*<br><br>     Claimants. | CIVIL ACTION NO. 1:23-CV-00190-MAC-ZJH<br><br><br>AMENDED AND SUPPLEMENTAL EXHIBIT LIST OF COMPLAINANTS<br>DATE SUBMITTED: 01/16/2025___ |

| PRESIDING JUDGE<br>Marcia A. Crone | PLAINTIFF'S COUNSEL<br>Robert J. Killeen Jr. | DEFENDANT'S COUNSEL<br>George Michael Chalos; Christopher Boyd; and Briton Paul Sparkman |
|---|---|---|
| JURY/ NON-JURY TRIAL | COURT REPORTER<br>Ruth Weiss | COURTROOM DEPUTY<br>Julia Colyer |

| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1 | | | | Petitioners 1-5 (GM13254) (1st $75,000 Invoice) |
| 2 | | | | Petitioners 6-10 (GM13261) (2nd $150,383.21 Invoice) |
| 3 | | | | Petitioners 11-18 (GM13263) (3rd $196,212.84 Invoice) |
| 4 | | | | Petitioners 20 (Bludworth Statement 4/19/2023) |
| 5 | | | | Petitioners 21-27 (Bludworth Statement 2/13/2023) |
| 6 | | | | Petitioners 083 (Hickey 1/4/2023 E-mail) |
| 7 | | | | Petitioners 119 (Wilson 2/17/2023 E-mail) |
| 8 | | | | Petitioners 139 (Dutka 1/26/2023 E-mail) |
| 9 | | | | Petitioners 150 (Dutka 1/07/2023 Cost Estimate E-mail) |
| 10 | | | | Petitioners 154 (Dutka 12/31/2022 Marine Chemist E-mail) |

EXHIBIT LIST (Continued)

| CASE STYLE: GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC v. ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*. |||| CIVIL ACTION NO. 1:23-CV-00190-MAC-ZJH |
|---|---|---|---|---|
| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
| 11 | | | | Petitioners160 (Dutka 2/6/2023 Payment E-mail) |
| 12 | | | | Petitioners 162 (Wilson 2/10/2023 E-mail to Dutka) |
| 13 | | | | Petitioners 174 (Wilson 2/20/2023 Payment E-mail) |
| 14 | | | | Petitioners 344-345 (Capt. Cummings 1/21/2023 E-mail to Parker) |
| 15 | | | | Petitioners 346 (Parker 1/21/2023 E-mail to RCM) |
| 16 | | | | Petitioners 348-349 (Parker 1/21/2023 E-mail to Mr. Hickey) |
| 17 | | | | RCM 482 (RCM ex. 19) (Bludworth 3/10/2023 to Wilson) |
| 18 | | | | RCM 489 (RCM ex. 20) (Parker "shoring up banks" E-mail) |
| 19 | | | | RCM 696 (RCM ex. 21) (Wilson Re: Short Term Cash Need) |
| 20 | | | | RCM 71 (RCM ex. 22) (RCM Redated Payments Owed) |
| 21 | | | | RCM 68-50 (RCM ex. 23) (RCM Redated Payments Owed) |
| 22 | | | | RCM 405-409 (RCM unredacted Bills owed; *CONFIDENTIAL) |
| 23 | | | | RCM 608 (RCM ex. 26) (Parker to Balderas: Hard Work) |
| 24 | | | | RCM 601 (RCM ex. 25) (Parker to Balderas: Proceed with necessary repairs) |
| 25 | | | | RCM 662 (RCM ex. 27) (Balderas 1/27/2023 Update) |
| 26 | | | | RCM 610-611 (RCM ex. 29) (Wilson 2/6/2023 E-mail to Oscar) |
| 27 | | | | RCM 398 (RCM ex. 31) (McAllister 2/11/2023 E-mail) |
| 28 | | | | RCM 77-78 (RCM ex. 6) (Wilson 1/19/2023 E-mail: Unable to Pump) |
| 29 | | | | RCM 82-83 (New Customer Form) |
| 30 | | | | RCM 135-140 (GBSM 1st Invoice) |
| 31 | | | | RCM 604 (RCM 2/21/ E-mail to Valero) |
| 32 | | | | RCM 690-692 (Wilson 1/27 Budget) |
| 33 | | | | RCM 693 (RCM ex. 7) (Wilson 1/26 Budget) |
| 34 | | | | RCM 696 (RCM Short Term Cash Need) |

EXHIBIT LIST (Continued)

| CASE STYLE:<br>GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC<br>v.<br>ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*. | | | | CIVIL ACTION NO.<br>1:23-CV-00190-MAC-ZJH |
|---|---|---|---|---|

| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 35 | | | | RCM 722-723 (RCM ex. 3; Balderas ex. 4) (Parrott1/27 E-mail to Balderas) |
| 36 | | | | RCM 753 (RCM ex.1; Balderas ex. 1) (Balderas Net 30) |
| 37 | | | | RCM 755 (RCM ex. 2) (Wozniak Proceed with Repairs) |
| 38 | | | | RCM 1141 (Bludworth 2/10 to Wilson) |
| 39 | | | | RCM 1225-1226 (Pappas 2/20 Approvals) |
| 40 | | | | RCM 928 (Bludworth Invoices 2/14) |
| 41 | | | | RCM 1689 (Wilson 2/17: Have Not Revised…) |
| 42 | | | | Durio Expert CV |
| 43 | | | | RCM 82 (RCM ex. 30) (Executed New Customer Form 1/11) |
| 44 | | | | RCM 106-107 (Oscar direct communication for winch line) |
| 45 | | | | RCM 243-244 (New Vendor Registration Form) |
| 46 | | | | RCM 576 (1/12 still sorting through getting barrels off) |
| 47 | | | | RCM 688-689. (RCM ex. 18) (Wilson 2/27: GBSM tank cleaning) |
| 48 | | | | RCM 950 (Jan 21 Bludworth invoice) |
| 49 | | | | RCM 1223-1225 (RCM ex. 14) (Wilson and Hickey: GBSM Exchange 2/20) |
| 50 | | | | RCM 1230 (RCM ex. 13) (Wilson 2/19 to Pady) |
| 51 | | | | RCM 1242 (everything) (Wilson and Snorgrass 2/17 Exchange) |
| 52 | | | | RCM 1258-1262 (RCM ex. 8) (Wilson and Balderas 2/3 Exchange) |
| 53 | | | | RCM 1381 (New truck) (Wilson to Balderas 1/27) |
| 54 | | | | RCM 1382 (Impressive work) (Wilson to Dutka 1/26) |
| 55 | | | | RCM 1676 (wire set ups) (Wilson to Accounting 2/3) |
| 56 | | | | RCM 1752-1753 (Pady Bludworth Meeting) |

EXHIBIT LIST (Continued)

| CASE STYLE: GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC v. ROSE CAY MARITIME, LLC, *in personam*; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC., *in rem*; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC., *in rem*. | CIVIL ACTION NO. 1:23-CV-00190-MAC-ZJH |
|---|---|

| [Party Name] NO. | OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 57 | | | | RCM 1756 (Pady 2/19: Price Within Reason) |
| 58 | | | | RCM 2019 (Dutka 1/19: Change in cost) |
| 59 | | | | RCM 2020 (Balderas 1/19: Trucks but problem pumping) |
| 60 | | | | RCM 2033-2053 (RCM Text messages) |
| 61 | | | | RCM 75 (Pappas 1/20 Missing POs) |
| 62 | | | | RCM 20-22 (Wilson 2/27: No Need to Reach Out) |
| 63 | | | | RCM 441 (Snorgass 2/8 E-mail on Scope) |
| 64 | | | | Bowman ex. 26 |
| 65 | | | | RCM 376 (Bowman ex. 30) (Fine: 2/28 Reject E-mail) |
| 66 | | | | RCM 386 (Bowman ex. 31) (Fine: 3/7 Catch-up E-mail) |
| 67 | | | | RCM 331 (Bowman ex. 33) (Balderas 4/4: Well, Received and Approved) |
| 68 | | | | RCM 598 (Balderas ex. 3) (Balderas 1/12 E-mail) |
| 69 | | | | Petitioners 1225-1232 (Balderas ex. 5) (Approval History) |
| 70 | | | | Petitioners 1255 (Balderas ex. 6) (Wozniak 1/22 update Including Repairs) |
| 71 | | | | RCM 724 (Balderas ex. 7) (Balderas 1/26 Update: night crew) |
| 72 | | | | RCM 2090-2092 (RCM Internal invoice Approval) |
| 73 | | | | Balderas ex. 11 (RCM Termination Letter to Balderas) |
| 74 | | | | Petitioners 444-446 (Logs) |
| 75 | | | | RCM 1206 (Wilson 3/19 to Parker) |
| 76 | | | | RCM 1207 (Balderas 2/15 to Wilson) |
| 77 | | | | RCM 2049 & 2052  1/26 & 27 budget |
| 78 | | | | RCM 2058-2069 (RCM Bids and Bowman) |
| 79 | | | | Rebekah Rose & RCM 245 Photographs |
| 80 | | | | Killeen Legal Invoices |