**UNITED STATES DISTRICT COURT * * * * * * * EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC, § § § | |
| *versus* § | CIVIL ACTION NO. 1:23-CV-190 |
| § RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE CAY MARITIME, LLC, *in personam*. § § § § § § | |

**SCHEDULING ORDER**

1. January 27, 2025    CORRECTIONS TO THE JOINT PRETRIAL ORDER, OBJECTIONS, AND RESPONSES TO OBJECTIONS shall be filed before 9:00 a.m. on this date.

2. February 25, 2025   FINAL PRETRIAL CONFERENCE at 1:00 p.m. on this date.

3. March 17, 2025      TRIAL to begin at 9:00 a.m. on this date.

4. 3 days              Estimated time to try before the court.

SIGNED at Beaumont, Texas, this 23rd day of January, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE