| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

DIVISION:        1 (Beaumont)              DATE:        February 12, 2025
DISTRICT JUDGE:  Hon. Marcia A. Crone      TIME:        5:00 p.m.- 5:30 p.m.

GBSM SERVICE AND MANAGEMENT §
LLC and BLUDWORTH MARINE LLC, §
                             §
        Plaintiffs,          §
                             §
*versus*                     §     CIVIL ACTION NO. 1:23-CV-190
                             §
RCM 245, her tackle, furniture, apparel, §
appurtenances, etc., *in rem*; TUG       §
REBEKAH ROSE, her tackle, furniture,     §
apparel, appurtenances, etc., *in rem*; and §
ROSE CAY MARITIME, LLC, *in personam*, §
                             §
        Defendants.          §

## MINUTE ENTRY: CONFERENCE CALL

Counsel convened via a conference call on February 12, 2025, to discuss Plaintiffs' request to late-file multiple documents. The parties agreed that they would file responses to the opposing party's objections before 5:00 p.m. on Friday, February 14, 2025. The parties also agreed that they would file any replies to the opposing party's responses before 5:00 p.m. on Tuesday, February 18, 2025. The court advised the parties that they must read the court's standing orders and comply with the requirements of Standing Order MC-16.

SIGNED at Beaumont, Texas, this 12th day of February, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE