# UNITED STATES DISCTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC**<br><br>　　Complainants,<br><br>v.<br><br>**ROSE CAY MARITIME, LLC,** *in personam*; **RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC.,** *in rem*; and **TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC.,** *in rem*<br><br>　　Claimants. | § § § § § § § § § § § § § § § § | **NO. 1:23-CV-00190-MAC-ZJH**<br>**ADMIRALTY** |

## COMPLAINANT'S MOTION FOR LEAVE TO FILE AMENDED JOINT PRETRIAL ORDER EXHIBIT

NOW INTO COURT, through undersigned counsel, Complainant GBSM Service and Management, LLC ("GBSM" or "Complainant"), respectfully request leave to file an amended Joint Pretrial Order exhibit for the reasons set forth in the Complainant's Memorandum in Support of Motion for Leave to File Amended Joint Pretrial Order Exhibit.

WHEREFORE, Complainants, GBSM Service and Management request leave to file an amended Joint Pretrial Order exhibit for the reasons set forth in the Complainant's memorandum in support of motion for leave.

Respectfully submitted,

**KILLEEN & ASSOCIATES, PC**

By: <u>*/s/ Robert J. Killeen, Jr.*</u>
    Robert J. Killeen, Jr.
    Texas Bar No. 11407000
    Federal Bar No. 12343
    1811 Bering Dr., Suite 120
    Houston, Texas 77057
    Ph: 713-626-5100
    Fax: 713-626-4545
    Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANT**

**CERTIFICATE OF CONFERENCE**

I do hereby certify that on the 20th day of February 2025, I conferred with counsel for RCM and he is opposed to this motion for leave.

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 20th day of February 2025, that the foregoing pleading was filed with the Clerk of Court and served to all known parties by using the Court's CM/ECF system.

<u>*/s/ Robert J. Killeen Jr.*</u>
Robert J. Killeen, Jr.