**EXHIBIT A**

**UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC**<br><br>　　**Complainants,**<br><br>v.<br><br>**ROSE CAY MARITIME, LLC,** *in personam*; **RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC.,** *in rem*; and **TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC.,** *in rem*<br><br>　　**Claimants.** | § § § § § § § § § § § § § § § § § | **NO. 1:23-CV-00190-MAC-ZJH**<br>**ADMIRALTY** |

## COMPLAINANT'S LINE-PAGE SUBMISSION FOR MR. OSCAR BALDERAS

　　COMES NOW, Complainant GBSM Service and Management, LLC ("GBSM" or "Complainant"), and offers its proposed line-page submission for Mr. Oscar Balderas as follows:

1) Page 7, line 11 to Page 9, line 21.

2) Page 10, line 22 to Page 29, line 13.

3) Page 29, line 16 to Page 30, line 3.

4) Page 30, line 14 to Page 30, line 24.

5) Page 31, line 3 to Page 31, line 24.

6) Page 32, line 6 to Page 32, line 17.

7) Page 33, line 1 to Page 34, line 5.

8) Page 34, line 14 to Page 38, line 20.

9) Page 39, line 4 to Page 42, line 2.

10) Page 42, line 7 to Page 46, line 4.

11) Page 47, line 15 to Page 48, line 19.

12) Page 49, line 4 to Page 49, line 10.

13) Page 49 line 19 to Page 50, line 9.

14) Page 51 line 6 to Page 57, line 11.

15) Page 58, line 6 to Page 60, line 10.

16) Page 60, line 12 to Page 61, line 2.

17) Page 154, line 4 to Page 155, line 16.

18) Page 168, line 9 to Page 169, line 1.

19) Page 169, line 4 to Page 169, line 21.

20) Page 170, line 16 to Page 172, line 7.

21) Page 172, line 24 to Page 176, line 9.

22) Page 176, line 17 to Page 176, line 21.

23) Page 177, line 3, Page 177, line 10.

24) Page 181, line 8 to Page 181, line 15.

Respectfully submitted,

**KILLEEN & ASSOCIATES, PC**

By: /s/ Robert J. Killeen, Jr.
    Robert J. Killeen, Jr.
    Texas Bar No. 11407000
    Federal Bar No. 12343
    1811 Bering Dr., Suite 120
    Houston, Texas 77057
    Ph: 713-626-5100
    Fax: 713-626-4545
    Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANT**

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 20th day of February 2025, that the foregoing pleading was filed with the Clerk of Court and served to all known parties by using the Court's CM/ECF system.

/s/Robert J. Killeen Jr.
Robert J. Killeen, Jr.