UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC**<br><br>    Complainants,<br><br>v.<br><br>**ROSE CAY MARITIME, LLC,** *in personam*; **RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC.,** *in rem*; and **TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC.,** *in rem*<br><br>    Claimants. | § § § § § § § § § § § § § § § § | **NO. 1:23-CV-00190-MAC-ZJH**<br>**ADMIRALTY** |

## ORDER

GBSM Service and Management, LLC ("GBSM" or "Complainant"), request for leave to file an amended Joint Pretrial Order exhibit for the reasons set forth in the Complainant's Memorandum in Support of Motion for Leave to File Amended Joint Pretrial Order Exhibit, is GRANTED.

Respectfully submitted,

**KILLEEN & ASSOCIATES, PC**

By: /s/ *Robert J. Killeen, Jr.*
　　Robert J. Killeen, Jr.
　　Texas Bar No. 11407000
　　Federal Bar No. 12343
　　1811 Bering Dr., Suite 120
　　Houston, Texas 77057
　　Ph: 713-626-5100
　　Fax: 713-626-4545
　　Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANT**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of February 2025, that the foregoing pleading was filed with the Clerk of Court and served to all known parties by using the Court's CM/ECF system.

　　　　　　　　/s/ *Robert J. Killeen Jr.*
　　　　　　　　Robert J. Killeen, Jr.