**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC, | § § § § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:23-CV-190 |
| RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE CAY MARITIME, LLC, *in personam*, | § § § § § § | |
| Defendants. | § § | |

## ORDER

Defendants RCM 245, her tackle, furniture, apparel, appurtenances, etc. ("RCM 245"), TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc. ("REBEKAH ROSE"), and Rose Cay Maritime, LLC's ("RCM") (collectively, "Defendants") are ordered to file a response to Complainant GBSM Service and Management, LLC's Motion for Leave to File Amended Joint Pretrial Order Exhibit (#83) on or before **Monday, February 24, 2025, at 5:00 p.m.**

SIGNED at Beaumont, Texas, this 21st day of February, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE