UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC**<br><br>Complainants,<br><br>v.<br><br>**ROSE CAY MARITIME, LLC,** *in personam*; **RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC.,** *in rem*; and **TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC.,** *in rem*<br><br>Claimants. | § § § § § § § § § § § § § § § § § § | **NO. 1:23-CV-00190-MAC-ZJH**<br>**ADMIRALTY** |

## JOINT STIPULATION OF DISMISSAL

Complainant/Plaintiff and Claimant/Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are GBSM Service and Management, LLC and Bludworth Marine LLC (collectively, "Complainants"); Defendants are RCM 245 LLC and Rebekah Rose LLC, as Claimants of the M/V RCM 245 and Tug Rebekah Rose, *in rem,* as well as Defendant Rose Cay Maritime, LLC, ("RCM") *in personam,* (collectively, "Defendants" or "RCM").

2. On May 16, 2023, Complainants sued Claimants/Defendants.

3. Complainant and Claimants/Defendants move to dismiss Bludworth Marine LLC.

4. All parties agree to the dismissal of Bludworth Marine LLC **only.**

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

1

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. A receiver has not been appointed in this case

8. Complainants have not previously dismissed any federal – or state – court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice and without costs.

Respectfully submitted,

**KILLEEN & ASSOCIATES, PC**

By: /s/ *Robert J. Killeen, Jr.*
   Robert J. Killeen, Jr.
   Texas Bar No. 11407000
   Federal Bar No. 12343
   1811 Bering Dr., Suite 120
   Houston, Texas 77057
   Ph: 713-626-5100
   Fax: 713-626-4545
   Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANTS**

**CHALOS & CO, PC**

By: /s/ *Briton P. Sparkman*
   George M. Chalos, Esq.
   Federal Bar No. 623727
   Email: *gmc@chaloslaw.com*
   Briton P. Sparkman, Esq.
   Federal Bar No. 1148116
   Email: *bsparkman@chaloslaw.com*
   7210 Tickner Street
   Houston, Texas 77055
   Tel: (713) 574-9582
   Fax: (866) 702-4577

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 24th day of February 2025, that the foregoing pleading was filed with the Clerk of Court and served on all known parties by using the Court's CM/ECF system.

                                              */s/ Robert J. Killeen Jr.*
                                              Robert J. Killeen, Jr.