| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

GBSM SERVICE AND MANAGEMENT     §
LLC and BLUDWORTH MARINE LLC,     §
       §
       §
       Plaintiffs,        §
       §
*versus*        §    CIVIL ACTION NO. 1:23-CV-190
       §
RCM 245, her tackle, furniture, apparel,     §
appurtenances, etc., *in rem*; TUG     §
REBEKAH ROSE, her tackle, furniture,     §
apparel, appurtenances, etc., *in rem*; and     §
ROSE CAY MARITIME, LLC, *in personam*, §
       §
       Defendants.        §

## ORDER

Defendants RCM 245, her tackle, furniture, apparel, appurtenances, etc., TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., and Rose Cay Maritime, LLC's Motion in Limine (#64) is DENIED as moot.

SIGNED at Beaumont, Texas, this 24th day of February, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE