# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
Beaumont Division
THE HONORABLE JUDGE MARCIA A. CRONE

| | |
|---|---|
| DATE: Tuesday, February 25, 2025 | CASE NUMBER: **1:23CV190** |
| | CASE STYLE: **GBSM Service and Management LLC et al v. Rose Cay Maritime et al** |
| LOCATION: Beaumont – Courtroom 3 | |
| COURTROOM DEPUTY: Julia Colyer | |
| COURT REPORTER: Ruth Weese | ATTY FOR PLAINTIFF: Robert Killeen, Jr. |
| INTERPRETER: None | |
| | ATTY FOR DEFENDANTS: Briton Sparkman |
| CALLED: 10:22 AM | |
| ADJOURNED: 12:29 PM | |
| DURATION: **2 Hours 7 Minutes** | |

## FINAL PRETRIAL CONFERENCE

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

10:22 AM   Court is called. Counsel Robert Killeen, Jr. is present on behalf of the plaintiff. Counsel Briton Sparkman is present on behalf of the defendants.

10:24 AM   Court questions counsel regarding the exclusion of witness Oscar Balderas.

10:37 AM   Court instructs counsel to test any technical equipment prior to the trial.

10:39 AM   Court discusses the timing order.

10:42 AM   Court addresses affidavit regarding attorney fees. Court agrees to delay any decisions regarding attorney fees until after the trial.

10:46 AM   Plaintiff's counsel summarizes their case theory.

10:52 AM   Defendants' counsel summarizes their case theory.

10:59 AM   Court instructs parties to correct the pretrial order to reflect the vessel was arrested in Beaumont, Texas, not Galveston.

11:01 AM   Counsel discuss Balderas' hire and termination date.

11:05 AM   Counsel address the lien under maritime law.

11:15 AM   Court admonishes counsel regarding the timely disclosure of exhibits.

11:17 AM   Court reviews plaintiff's exhibits. Plaintiff's exhibits 1, 2, and 3 are admitted with no objections. Court sustains objections on plaintiff's exhibits 4-13. They are not admitted.

11:21 AM   Defendants' objections as to 14, 15, and 16 are overruled. They are admitted. Objections to exhibits 17 and 18 are sustained, and they are not admitted. Exhibit 19 is a duplicate of exhibit 21. Exhibit 19 is admitted, and 21 is not.

11:27 AM   Exhibits 20 and 22 are admitted with no objections. Exhibit 23 can be admitted only if it is complete. It will not be admitted as is.

11:30 AM   Plaintiff's exhibit 24 is not admitted because the objection is sustained. Exhibits 25, 26, 27, and 28 are admitted with no objection. Exhibit 29 is a duplicate of exhibit 43. Exhibit 29 is admitted, and 43 is not admitted.

11:34 AM   Plaintiff's exhibits 30, 31, 32, 33, and 35 are admitted with no objections.

11:35 AM   Exhibits 36, 37, and 38 are not admitted because Court sustains the defendants' objection. Exhibit 39 is admitted with no objection. Exhibits 40 and 41 are not admitted, and the objections are sustained. Exhibit 42 is admitted without objection. Plaintiff withdraws exhibit 43. Exhibits 44-55 are admitted without objection.

11:40 AM   Court sustains defendants' objection, and exhibit 56 is not admitted. Court overrules defendants' objection and exhibit 57 is admitted. Exhibit 58 is not admitted because court sustains the objection. Exhibits 59-80 are admitted with no objections. Joint exhibits should be re-labeled as joint exhibits.

*Continued on next page*

| | |
|---|---|
| 11:44 AM | Court reviews defendant's exhibits.  Court overrules plaintiff's objections to exhibits 1, 2, 3, 4, and 5, and they are admitted. |
| 11:59 AM | Defendant's exhibit 6 is admitted without objection. Exhibits 7, 8, and 9 are admitted, and the plaintiff's objections are overruled. Exhibit 10 is withdrawn. Court sustains objection to exhibit 11, and it is admitted. Exhibit 12 is withdrawn. |
| 12:08 PM | Plaintiff withdraws objections to 13, 14 and 15 and they are admitted. Exhibits 16 and 18 are admitted, and Court overrules the objection. Exhibit 17 is admitted after objection withdrawn. Exhibits 19 and 20 are admitted with no objections. Exhibit 21 can be admitted as demonstrative if witness testifies. |
| 12:23 PM | Court orders plaintiff's counsel to submit a trial brief on apparent authority by Friday, February 28, 2025. Court orders defendant's counsel to respond to the briefing by Tuesday, March 4, 2025. Court orders counsel to submit timing requests by the end of today. |
| 12:29 PM | Court adjourns. |