**UNITED STATES DISCTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC**<br><br>    **Complainants,**<br><br>**v.**<br><br>**ROSE CAY MARITIME, LLC,** *in personam***; RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC.,** *in rem***; and TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC.,** *in rem*<br><br>    **Claimants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. 1:23-CV-00190-MAC-ZJH**<br>**ADMIRALTY** |

**COMPLAINANT'S TIME ESTIMATIONS FOR TRIAL**

Complainant, GBSM Service and Management, LLC ("GBSM" or "Complainant"),

estimate the following time with the witnesses:

Mr. Richard Bludworth
Bludworth Marine – Owner
Mr. Bludworth will testify regarding the RCM 245 project, their billing, collection efforts and conversations with RCM personnel including but not limited to Mr. Alex Parker.
Estimated 1 hour of testimony.

Mr. Oscar Balderas
Former RCM Port Engineer
Mr. Balderas will testify about his role as RCM Port Engineer overseeing the repairs performed and services rendered to the RCM 245 while she was in Galveston from January 4, 2023, to February 9, 2023. His testimony shall specifically include his hiring GBSM, the work GBSM performed at his direction and his approval of all GBSM's invoices.
Estimated 1 hour testimony.

Mr. Cade Durio
Regional Vice President for VLS Environmental Solutions
Mr. Durio is GBSM's retained expert and shall testify in accordance with his March 28, 2024, report. His testimony shall include that with the nature of this project and performing projects

similar in nature, GBMS was more than fair in their charges. More so he believes that the charges were below industry standards.
Estimated 1 hour of testimony.

Mr. Greg Bowman
GBSM-Principal
c/o Killeen & Associates
1811 Bering Drive, Ste. 120
Houston, TX 77057
Mr. Bowman will testify about his company, all aspects of services and work rendered to RCM regarding the RCM 245 and collection efforts.
Estimated 1.5 - 2 hours of testimony.

Mr. Robert J. Killeen, Jr.
Killeen & Associates
1811 Bering Drive, Ste. 120
Houston, TX 77057
Mr. Killeen, a licensed attorney for 37 years, shall testify that the legal fees incurred by GBSM and Mr. Bowman in any effort to collect all the money owed, of which none has been paid, were fair, reasonable, and actually offset.  Mr. Killeen will also testify that these legal fees meet the requirements of the eight *Arthur Anderson* factors. By agreed upon affidavit.
Estimated 10 – 15 minutes.

Jasper Wilson
Vice President of RCM and corporate representative for Defendants.
Testimony topics will include engagement of GBSM to remove cargo, slops, and water from the barge; the RCM approval process for bids, quotes, and contracted work; and the failures by GBSM to perform in a professional manner and pursuant to industry custom. Moreover, Mr. Wilson will provide testimony that the only portion of the job which was "rush" was the removal of the cargo, which was completed within the first week. The remaining work performed by GBSM was not emergency or rush. Mr. Wilson will also testify on the RCM process for approval of work and invoices for payment and that none of the GBSM invoices were ever approved by management. Finally, Mr. Wilson will testify that it was RCM's belief and expectation that the total price for the work performed was capped at $150,000.
Estimated 1 hour of testimony.

Ms. Shauni Snorgrass
GBSM-Project Manager
c/o Killeen & Associates
Ms. Snorgrass will testify about the RCM 245 project, all her interactions with RCM personnel and GBSM's billing and collection efforts.
Estimated 1.5 hours of testimony.

Mr. Cody Boone
GBSM Director of Field Operations
c/o Killeen & Associates

Mr. Boone may testify regarding GBSM's services rendered to RCM regarding the RCM 245 in January and February 2023.

Estimate Time: May call during case or rebuttal.

Respectfully submitted,

**KILLEEN & ASSOCIATES, PC**

By: */s/ Robert J. Killeen, Jr.*
Robert J. Killeen, Jr.
Texas Bar No. 11407000
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Ph: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANT**

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 25th day of February 2025, that the foregoing pleading was filed with the Clerk of Court and served to all known parties by using the Court's CM/ECF system.

*/s/Robert J. Killeen Jr.*
Robert J. Killeen, Jr.

3