**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC, | § § § | |
| Plaintiffs, | § § | NO. 1:23-cv-00190-MAC |
| v. | § § | ADMIRALTY |
| M/V RCM 245, her tackle, furniture, Apparel, appurtenances, etc., *in rem*, *et al.* | § § § | |
| Defendants. | § § | |

## DEFENDANTS' STATEMENT ON TRIAL TIMING

COME NOW, Specially Appearing Defendants RCM 245 LLC and REBEKAH ROSE LLC, as claimants of the M/V RCM 245 and TUG REBEKAH ROSE, *in rem*, as well as Defendant Rose Cay Maritime, LLC, ("RCM") *in personam*, (collectively "Defendants") by and through undersigned counsel, and submit the following statement on Trial timing following today's Final Pretrial Conference.

1. Requested time for Opening Statements – 20 minutes per side.

2. Requested time for Closing Statements – 40 minutes per side.

3. Anticipated trial time - Given that this is a bench trial and the Court indicated that trial days are from 9:00 AM – 6:00 PM (with a break in the morning, afternoon, and at lunch), Defendants believe that three (3) trial days presently set aside for this case are sufficient for this matter.

1

**Defendants' Witness List  - Doc. 71**

1.  Defendants listed six (6) witnesses on the Joint Pretrial Order that may be called at trial.  The topics for anticipated testimony remain unchanged from the Joint Pretrial Order Defendants' Witness List. *See* Doc. 71, Page ID #489-490.

2.  At present Defendants intend to call two (2) witnesses as part of its defense-in-chief, Mr. Jasper Wilson and Defendant's retained expert, Mr. Antonis Panagiotareas.

    i.   Wilson – 1.5 – 2.0 hours of direct testimony.

    ii.  Panagiotareas – 1.0 – 1.5 hours of direct testimony.

3.  Defendants also intend to cross-examine (or call if Plaintiff does not), Mr. Greg Bowman and Ms. Shauni Snorgrass.

    i.   Bowman – cross-examination derivative of direct testimony, but estimated to be 1.0 – 2.0 hours.

    ii.  Snorgrass – cross-examination derivative of direct testimony, but estimated to be 15 – 60 minutes.

4.  Defendants do not intend to call Mr. Richard Bludworth or Mr. Oscar Balderas at this time, but will cross-examine the witnesses if presented by Plaintiff.

    i.   Bludworth – cross-examination derivative of direct testimony, but estimated to be between 15 – 60 minutes.

    ii.  Balderas – cross-examination derivative of direct testimony, but estimated to be between 30 – 60 minutes.

2

5. Cross-Examination of Plaintiff Witnesses.

    i. Cade Durio – derivative of direct testimony, but estimated to be between 15 – 60 minutes.

    ii. Robert Killeen – derivative of direct testimony, but estimated to be 10-15 minutes.

Dated:  February 25, 2025  
       Houston, Texas

Respectfully submitted,

CHALOS & Co, P.C.

By:  /s/ Briton P. Sparkman  
George M. Chalos, Esq.  
Federal Bar No. 623727  
*gmc@chaloslaw.com*  
Briton P. Sparkman, Esq.  
Federal Bar No. 1148116  
*bsparkman@chaloslaw.com*  
7210 Tickner Street  
Houston, Texas 77055  
Tel: (713) 574-9582  
Fax: (866) 702-4577

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2025, the foregoing document was electronically filed with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing (ECF) system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented to accept service of this document by electronic means.

/s/ *Briton P. Sparkman*
Briton P. Sparkman