**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:23-CV-190 |
| | § | |
| RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE CAY MARITIME, LLC, *in personam*, | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff GBSM Service and Management, LLC's ("GBSM") Opposed Motion for Leave to File Amended Joint Pretrial Order Exhibit (#83) is GRANTED.  Federal Rule of Civil Procedure 16(b)(4) states that a scheduling order may be modified for good cause and with the judge's consent. FED. R. CIV. P. 16(b)(4).  In evaluating whether there exists good cause, courts consider "(1) the explanation for the failure to timely move for leave to amend; (2) the importance of the amendment; (3) potential prejudice in allowing the amendment; and (4) the availability of a continuance to cure such prejudice." *Stewart v. City of Hous. Police Dep't*, 372 F. App'x 475, 477-78 (5th Cir. 2010).  Because the requested amendment appears to be necessary to the presentation of GBSM's case, the resulting prejudice is not significant, and sufficient time remains for the opposing party to prepare without the need for a continuance, the court is of the opinion that GBSM's motion for leave should be granted.

Defendants must file its designations of Oscar Balderas's testimony by **6:00 p.m. on Friday, February 28, 2025.**  The parties must file their objections to the opposing party's designations by **6:00 p.m. on March 3, 2025.**  The parties must file their responses to the opposing party's objections **by 6:00 p.m. on March 5, 2025.**  The parties must provide **highlighted courtesy copies that comply with the requirements set forth in Standing Order MC-16,** and the copies must be delivered to chambers **by 5:00 p.m. on March 6, 2025.**

SIGNED at Beaumont, Texas, this 25th day of February, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE