| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

GBSM SERVICE AND MANAGEMENT § 
LLC and BLUDWORTH MARINE LLC, §
§
    Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:23-CV-190
§
RCM 245, her tackle, furniture, apparel, §
appurtenances, etc., *in rem*; TUG §
REBEKAH ROSE, her tackle, furniture, §
apparel, appurtenances, etc., *in rem*; and §
ROSE CAY MARITIME, LLC, *in personam*, §
§
    Defendants. §

## ACKNOWLEDGMENT OF DISMISSAL

The parties have filed a Stipulation of Dismissal (#85) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the court acknowledges that this action is dismissed in its entirety, with prejudice, effective the date of the parties' voluntary dismissal. Each party shall bear its own costs of court and attorneys' fees.

SIGNED at Beaumont, Texas, this 25th day of February, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE