| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| GBSM SERVICE AND MANAGEMENT, LLC, | § § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:23-CV-190 |
| RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE CAY MARITIME, LLC, *in personam*, | § § § § § § § | |
| Defendants. | § | |

# ORDER

Pending before the court is Plaintiff GBSM Service and Management, LLC's ("Plaintiff") Exhibit List (#71). Defendants RCM 245, her tackle, furniture, apparel, appurtenances, etc., TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., and Rose Cay Maritime, LLC (collectively "Defendants") filed Objections to Plaintiff's Exhibit List (#72), Plaintiff filed a Response (#79), and Defendants filed a Reply (#81). Having considered the pending objections, the submissions of the parties, the pleadings, and the applicable law, the court rules as follows:

| **Plaintiff's Exhibits** | **Ruling** | |
|---|---|---|
| 1 | Admitted as Joint Exhibit 1. | ✓ |
| 2 | Admitted as Joint Exhibit 2. | ✓ |
| 3 | Admitted as Joint Exhibit 3. | ✓ |
| 4 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 4 is excluded. | ✗ |

| | | |
|---|---|---|
| 5 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 5 is excluded. | ✖ |
| 6 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 6 is excluded. | ✖ |
| 7 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 7 is excluded. | ✖ |
| 8 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 8 is excluded. | ✖ |
| 9 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 9 is excluded. | ✖ |
| 10 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 10 is excluded. | ✖ |
| 11 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 11 is excluded. | ✖ |
| 12 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 12 is excluded. | ✖ |
| 13 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 13 is excluded. | ✖ |
| 14 | Overruled, because the exhibit is relevant, not privileged, and not inadmissible hearsay. Exhibit 14 is admitted. | ✓ |
| 15 | Overruled, because the exhibit is relevant, not privileged, and not inadmissible hearsay. Exhibit 15 is admitted. | ✓ |
| 16 | Overruled, because the exhibit is relevant, not privileged, and not inadmissible hearsay. Exhibit 16 is admitted. | ✓ |
| 17 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 17 is excluded. | ✖ |
| 18 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 18 is excluded. | ✖ |
| 19 | Overruled, as to Exhibit 19 but sustained as to Exhibit 34. Exhibit 19 is admitted. | ✓ |
| 20 | Admitted as unopposed. | ✓ |
| 21 | Excluded as a duplicate of Exhibit 19. | ✖ |

| | | |
|---|---|---|
| 22 | Admitted as unopposed. | ✓ |
| 23 | Conditionally overruled. The objection is overruled on the condition that Plaintiff must offer the complete document, as it stated it would in its Response (#79), as an exhibit. Exhibit 23 is conditionally admitted. | ✓ |
| 24 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 24 is excluded. | ✖ |
| 25 | Admitted as unopposed. | ✓ |
| 26 | Admitted as unopposed. | ✓ |
| 27 | Admitted as unopposed. | ✓ |
| 28 | Admitted as unopposed. | ✓ |
| 29 | Overruled, because Plaintiff withdrew Exhibit 43. Exhibit 29 is admitted. | ✓ |
| 30 | Admitted as unopposed. | ✓ |
| 31 | Admitted as unopposed. | ✓ |
| 32 | Admitted as unopposed. | ✓ |
| 33 | Admitted as unopposed. | ✓ |
| 34 | Sustained, because Exhibit 34 is a duplicate of Exhibit 19. Exhibit 34 is excluded. | ✖ |
| 35 | Admitted as unopposed. | ✓ |
| 36 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 36 is excluded. | ✖ |
| 37 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 37 is excluded. | ✖ |
| 38 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 38 is excluded. | ✖ |
| 39 | Admitted as unopposed. | ✓ |
| 40 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 40 is excluded. | ✖ |
| 41 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 41 is excluded. | ✖ |

| | | |
|---|---|---|
| 42 | Admitted as unopposed. | ✓ |
| 43 | Plaintiff withdrew Exhibit 43 in its Response (#79). | ✖ |
| 44 | Admitted as unopposed. | ✓ |
| 45 | Admitted as Joint Exhibit 4. | ✓ |
| 46 | Admitted as unopposed. | ✓ |
| 47 | Admitted as unopposed. | ✓ |
| 48 | Admitted as unopposed. | ✓ |
| 49 | Admitted as unopposed. | ✓ |
| 50 | Admitted as unopposed. | ✓ |
| 51 | Admitted as unopposed. | ✓ |
| 52 | Admitted as unopposed. | ✓ |
| 53 | Admitted as unopposed. | ✓ |
| 54 | Admitted as unopposed. | ✓ |
| 55 | Admitted as unopposed. | ✓ |
| 56 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 56 is excluded. | ✖ |
| 57 | Overruled, because the exhibit pertains to both GBSM and Bludworth Marine. Exhibit 57 is admitted. | ✓ |
| 58 | Sustained as irrelevant under Federal Rule of Evidence 401. Exhibit 58 is excluded. | ✖ |
| 59 | Admitted as unopposed. | ✓ |
| 60 | Admitted as unopposed. | ✓ |
| 61 | Admitted as unopposed. | ✓ |
| 62 | Admitted as unopposed. | ✓ |
| 63 | Admitted as unopposed. | ✓ |
| 64 | Admitted as Joint Exhibit 5. | ✓ |
| 65 | Admitted as Joint Exhibit 6. | ✓ |
| 66 | Admitted as Joint Exhibit 7. | ✓ |

| 67 | Admitted as Joint Exhibit 8. | ✓ |
| 68 | Admitted as unopposed. | ✓ |
| 69 | Admitted as unopposed. | ✓ |
| 70 | Admitted as unopposed. | ✓ |
| 71 | Admitted as unopposed. | ✓ |
| 72 | Admitted as unopposed. | ✓ |
| 73 | Admitted as unopposed. | ✓ |
| 74 | Admitted as unopposed. | ✓ |
| 75 | Admitted as unopposed. | ✓ |
| 76 | Admitted as unopposed. | ✓ |
| 77 | Admitted as unopposed. | ✓ |
| 78 | Admitted as unopposed. | ✓ |
| 79 | Admitted as unopposed. | ✓ |
| 80 | Admitted as unopposed. | ✓ |

## Signed this date

**Feb 27, 2025**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE