**UNITED STATES DISCTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **GBSM SERVICE AND MANAGEMENT, LLC and BLUDWORTH MARINE LLC**<br><br>    **Complainants,**<br><br>v.<br><br>**ROSE CAY MARITIME, LLC,** *in personam*; **RCM 245, HER TACKLE, FURNITURE APPAREL, APPURTENANCES ETC.,** *in rem*; and **TUG REBEKAH ROSE, HER TACKLE, FURNITURE, APPAREL, APPURTENANCE, ETC.,** *in rem*<br><br>    **Claimants.** | § § § § § § § § § § § § § § § § § | **NO. 1:23-CV-00190-MAC-ZJH**<br>**ADMIRALTY** |

## COMPLAINANT'S OBJECTIONS TO DEFENDANTS' DESIGNATIONS FOR OSCAR BALDERAS

COMES NOW, Complainants GBSM Service and Management, LLC ("GBSM" or "Complainant"), and files its objections to Defendants RCM 245 LLC and Rebekah Rose LLC, as claimants of the M/V RCM 245 and Tug Rebekah Rose, as well as Defendant Rose Cay Maritime, LLC, ("RCM") *in personam,* (collectively "Defendants" or "Claimants"), *Designations for Oscar Balderas* (ECF No. 101), and represents as follows:

    Page 15, line 3-Page 4, line 7.    This appears to be a typographical error.

    Page 129, line 18. Optional rule of completeness. Otherwise, it is misleading.

    Page 149, lines 13-19. Speculation and relevance.

    Page 156, line 20-Page 159, line 22. Relevance and an attempt at prejudice.

    Page 159, line 25-Page 163, line 21. Relevance and an attempt at prejudice.

Respectfully submitted,

**KILLEEN & ASSOCIATES, PC**

By: */s/ Robert J. Killeen, Jr.*
Robert J. Killeen, Jr.
Texas Bar No. 11407000
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Ph: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

**ATTORNEY FOR COMPLAINANT**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of March 2025, that the foregoing pleading was filed with the Clerk of Court and served to all known parties by using the Court's CM/ECF system.

*/s/Robert J. Killeen Jr.*
Robert J. Killeen, Jr.