UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC,<br><br>       **Plaintiffs,**<br><br>vs.<br><br>RCM 245, her tackle, furniture, apparel, appurtenance, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem;* and ROSE CAY MARITIME, LLC, *in personam,*<br><br>       **Defendants.** | NO. 1:23-CV-00190-MAC<br><br>ADMIRALTY |

### JOINT MOTION TO DISBURSE FUNDS FROM THE COURT'S REGISTRY

**TO THE HONRABLE JUDGE OF THIS COURT:**

  COME NOW, Plaintiff GBSM Service and Management LLC ("GBSM") and Defendant Rose Cay Maritime, LLC, *in personam* and Specially Appearing Defendants RCM 245 LLC and REBEKAH ROSE LLC, as claimants of the M/V RCM 245 and TUG REBEKAH ROSE, *in rem*, respectively, by and through undersigned counsel, and file this Joint Motion Requesting Entry of Proposed Order to disburse funds from the Registry of the Court. In support thereof, the parties would respectfully show as follows:

### GROUNDS IN SUPPORT OF MOTION

  1. On May 16, 2023, Plaintiffs GBSM filed the instant lawsuit (Doc. 1) asserting maritime liens against the vessels, plus claims for interest and costs. *Id.*

1

Following the arrest of the Vessels, Defendants posted substitute security in the amount of $1,250,000 and the Vessels were released. Doc. 11.

2. Funds were previously disbursed pursuant to Court Orders in the amount of $400,000 on June 20, 2024 (Doc. 45) and $286,926.17 on October 22, 2024 (Doc. 57).

3. The Parties have compromised, resolved, and settled all remaining claims in this action and provided notice of their Settlement in Principle to the Court on March 10, 2025 in accordance with MC-41.

4. The Parties respectfully request the Court to disburse funds as follows:

    a. An electronic funds transfer in the amount of $400,000 from the funds on deposit to the IOLTA Trust Account for counsel for Plaintiff GBSM, "Killeen & Associates," Tax ID No. 83-0354773, pursuant to written instructions provided by counsel to the Finance Clerk for the Eastern District of Texas under separate cover.

    b. An electronic funds transfer in the amount of $175,000, plus all accrued interest, less any administrative fee (if any), to the IOLTA Trust Account for counsel for Defendants, "Chalos & Co, P.C.," Tax ID NO. 26-2315128, pursuant to written instructions provided by counsel to the Finance Clerk for the Eastern District of Texas under separate cover.

5. The Parties provided a draft of the proposed order enclosed hereto to the Finance Department for the Eastern District of Texas and the draft order was approved by the Administrative Services Manager, Sunday Heuser, and found to be compliant with all requirements for the Clerk to be able to disburse funds.

6. Following disbursement of the funds, Plaintiff GBSM and the Defendants will file an appropriate Joint Stipulation of Dismissal with the Court dismissing this action with prejudice and without costs.

## PRAYER

For the foregoing reasons, the Parties respectfully request that the Court grant this motion and enter the proposed Order to Disburse Funds from the Registry of the Court, in substantially the form submitted herewith.

Dated March 11, 2025                                  Respectfully submitted,

/s/ Robert J. Killeen Jr. (*with permission*)
Robert J. Killeen, Jr.
Texas Bar No. 11407000
Federal Bar No. 12343
1811 Bering Dr., Suite 120
Houston, Texas 77057
Telephone: 713-626-5100
Fax: 713-626-4545
Email: rkilleen@killeen-law.com

**ATTORNEYS FOR PLAINTIFF**

/s/ George M. Chalos
George M. Chalos
Texas Bar No. 24077854
Federal ID No. 623727
Chalos & Co., P.C.
7210 Tickner Street
Houston, Texas 77055
Telephone: 713-574-9582
Fax: 866-702-4577
Email: gmc@chaloslaw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties to this case.

*/s/ George M. Chalos*
Chalos & Co., P.C.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7 (h) and (i), Counsel for Plaintiffs and Defendants have conferred by email and jointly request the relief sought in this motion.  The parties have compromised, resolved, and settled all claims and controversies between them in this matter and therefore this motion to disburse funds is a joint application to the Court.

*/s/ George M. Chalos*
Chalos & Co., P.C.
