UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **GBSM SERVICE AND MANAGEMENT LLC and BLUDWORTH MARINE LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**RCM 245, her tackle, furniture, apparel, appurtenance, etc.,** *in rem*; **TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc.,** *in rem;* **and ROSE CAY MARITIME, LLC,** *in personam*,<br><br>Defendants. | NO. 1:23-CV-00190-MAC<br><br>ADMIRALTY |

## ORDER

Considering the foregoing Joint Motion by Plaintiff GBSM Service and Management LLC ("GBSM") and Defendant Rose Cay Maritime, LLC, *in personam* and Specially Appearing Defendants RCM 245 LLC and REBEKAH ROSE LLC, as claimants of the M/V RCM 245 and TUG REBEKAH ROSE, *in rem* ("Defendants"), to Disburse Funds from the Court Registry, and the Court finding good cause for the relief sought therein, IT IS:

ORDERED, ADJUDGED AND DECREED that the Motion be and is hereby GRANTED; and it is further

ORDERED that the Clerk of the Court is hereby authorized and directed to initiate an electronic funds transfer in the amount of $400,000 from the funds on deposit to the IOLTA Trust Account for counsel for Plaintiff GBSM, "Killeen & Associates," Tax ID No. 83-0354773, pursuant to written instructions provided by counsel to the Finance Clerk for the Eastern District of Texas under separate cover; and it is further

ORDERED that the Clerk of the Court is hereby authorized and directed to initiate an electronic funds transfer in the amount of $175,000, plus all accrued interest, less any administrative fee (if any), to the IOLTA Trust Account for counsel for Defendants, "Chalos & Co, P.C.," Tax ID NO. 26-2315128, pursuant to written instructions provided by counsel to the Finance Clerk for the Eastern District of Texas under separate cover.