| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

GBSM SERVICE AND MANAGEMENT, LLC, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:23-CV-190
§
RCM 245, her tackle, furniture, apparel, §
appurtenances, etc., *in rem*; TUG §
REBEKAH ROSE, her tackle, furniture, §
apparel, appurtenances, etc., *in rem*; and §
ROSE CAY MARITIME, LLC, *in personam*, §
§
       Defendants. §

## ORDER

The parties' Joint Motion to Partially Disburse Funds From the Court's Registry (#107) is GRANTED. Accordingly, it is:

ORDERED that the Clerk of Court is hereby authorized and directed to initiate an electronic funds transfer in the amount of $400,000.00 from the funds on deposit to the IOLTA Trust Account for Plaintiff's counsel "Killeen & Associates," Tax ID No. 83-0354773, pursuant to written instructions provided by counsel to the Finance Clerk for the Eastern District of Texas; and it is further

ORDERED that the Clerk of Court is hereby authorized and directed to initiate an electronic funds transfer in the amount of $175,000.00, plus any accrued interest, less any administrative fee, if any, to the IOLTA Trust Account for Defendants' counsel, "Chalos & Co, P.C.," Tax ID No. 26-2315128, pursuant to written instructions provided by counsel to the Finance Clerk for the Eastern District of Texas.

SIGNED at Beaumont, Texas, this 12th day of March, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE