| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

GBSM SERVICE AND MANAGEMENT LLC, §
§
Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:23-CV-190
§
RCM 245, her tackle, furniture, apparel, appurtenances, etc., *in rem*; TUG REBEKAH ROSE, her tackle, furniture, apparel, appurtenances, etc., *in rem*; and ROSE CAY MARITIME, LLC, *in personam*, §
§
Defendants. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#109), signed March 25, 2025, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorneys' fees. Additionally, the court will retain jurisdiction for purposes of enforcing the settlement agreement of the parties.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 7th day of July, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE